**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Remington Ranch, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3261116** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR**  ZIP Code **97753** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Crook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Remington Ranch, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Remington Ranch, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ J. Stephen Werts**
Signature of Attorney for Debtor(s)

**J. Stephen Werts OSB No. 74337**
Printed Name of Attorney for Debtor(s)

**Cable Huston Benedict Haagensen & Lloyd**
Firm Name

**1001 SW Fifth Avenue
Suite 2000
Portland, OR 97204-1136**
Address

**503-224-3092  Fax: 503-224-3176**
Telephone Number

**January 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James M. Pippin**
Signature of Authorized Individual

**James M. Pippin**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**January 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
**Remington Ranch, LLC** )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s) ) and attached to <u>ALL</u> copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   NONE

2. Street address and description of principal assets (note property):
   1814 SW Remington Ranch Dr.
   Powell Butte OR 97753-0000

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:    **January 21, 2010**        /s/ James M. Pippin
                                      Debtor's Signature            Phone #        Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Last 4 digits of Social Security #: _____ Phone #: _____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# United States Bankruptcy Court
### District of Oregon

In re **Remington Ranch, LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept * | $ 80,687.00 |
   | Prior to the filing of this statement I have received | $ 80,687.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify): **James M. Pippin - Managing Member of Debtor from personal funds, except for $687.00 paid in May, 2009 from Debtor.**

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 1/21/10

/s/ J. Stephen Werts
**J. Stephen Werts
Cable Huston Benedict Haagensen & Lloyd
1001 SW Fifth Avenue
Suite 2000
Portland, OR 97204-1136
503-224-3092   Fax: 503-224-3176**

---

\* **The compensation disclosed above is a retainer which is earned upon receipt as provided in my firms engagement letter. To the extent our fees and costs exceed the amount of this retainer, those fees and costs will be paid by the Debtor <u>only</u> after an order approving all fees and costs has been entered in this bankruptcy case.**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **Remington Ranch, LLC**
          Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Avion Water Co.**<br>**60813 Parrell Road**<br>**Bend, OR 97702** | **Avion Water Co.**<br>**60813 Parrell Road**<br>**Bend, OR 97702** | **Water pipes and storage fees.** | | **287,598.40** |
| **Ball Janik LLP**<br>**101 SW Main St., Ste 1100**<br>**Portland, OR 97204-3219** | **Ball Janik LLP**<br>**101 SW Main St., Ste 1100**<br>**Portland, OR 97204-3219** | **Legal services April 05 - Dec. 07** | | **171,799.19** |
| **Bittner & Hahs, P.C.**<br>**4949 SW Meadows Rd., Ste 260**<br>**Lake Oswego, OR 97035-3157** | **Terry Bittner**<br>**Bittner & Hahs, P.C.**<br>**4949 SW Meadows Rd., Ste 260**<br>**Lake Oswego, OR 97035-3157**<br>**503.445-4301** | **Legal services April 05 - Dec. 09** | | **56,585.22** |
| **Cohen & Bender**<br>**12400 Wilshire Blvd, Ste 310**<br>**Los Angeles, CA 90025-1019** | **Cohen & Bender**<br>**12400 Wilshire Blvd, Ste 310**<br>**Los Angeles, CA 90025-1019** | **Accounting services - 2008 audit.** | | **18,000.00** |
| **Faulks Bros. Construction**<br>**E3481 Hwy 22 & 54**<br>**Waupaca, WI 54981** | **Faulks Bros. Construction**<br>**E3481 Hwy 22 & 54**<br>**Waupaca, WI 54981** | **Construction services 2007** | | **85,890.80** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **Lease of golf equipment secured by a UCC filing on personal property and a personal guarantee from John Shaw and Jim Pippin.** | | **500,000.00** |
| **GGL Architecture LLC**<br>**497 SW Century Drive, Ste 105**<br>**Bend, OR 97702** | **GGL Architecture LLC**<br>**497 SW Century Drive, Ste 105**<br>**Bend, OR 97702** | **Architecture services 2007; lawsuit filed in 2009.** | | **47,608.24** |
| **Hart Howerton**<br>**One Union St**<br>**San Francisco, CA 94111** | **Craig Roberts**<br>**Hart Howerton**<br>**One Union St**<br>**San Francisco, CA 94111**<br>**415.439.2200** | **Architecture services 2007.** | **Unliquidated Disputed** | **357,088.19** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Remington Ranch, LLC**                        Case No.

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Hooker Creek Companies LLC**<br>**PO Box 432**<br>**Bend, OR 97709** | **Scott Carlson**<br>**Hooker Creek Companies LLC**<br>**PO Box 432**<br>**Bend, OR 97709**<br>**541.389.0981** | **Creditor asserts a Construction lien that was not properly perfected and the trust deed is voidable. Disputed lien perfection.** | **Disputed** | **5,343,175.61** |
| **Integrity Golf, LLC**<br>**27884 Del Rio Rd**<br>**Temecula, CA 92590** | **Jade Work**<br>**Integrity Golf, LLC**<br>**27884 Del Rio Rd**<br>**Temecula, CA 92590**<br>**951.587.8104** | **Golf course contractor asserts a Landscaper's lien that was not properly perfected and the trust deed is voidable. Disputed lien perfection.** | **Disputed** | **3,165,111.05** |
| **Kleinfelder**<br>**62915 NE 18th St, Ste 1**<br>**Bend, OR 97701** | **Scott Wallace**<br>**Kleinfelder**<br>**62915 NE 18th St, Ste 1**<br>**Bend, OR 97701**<br>**541.382.4707** | **Soils, engineering & environmental studies** | | **20,000.00** |
| **Miller Nash LLP**<br>**1567 SW Chandler Ave.,**<br>**Bend, OR 97702** | **Alycia Sykora**<br>**Miller Nash LLP**<br>**1567 SW Chandler Ave.,**<br>**Bend, OR 97702**<br>**541.383.5857** | **Legal Services** | | **50,000.00** |
| **Out Door Solutions**<br>**78034 Calle Barcelona**<br>**La Quinta, CA 92253** | **Steve Schraeder**<br>**Out Door Solutions**<br>**78034 Calle Barcelona**<br>**La Quinta, CA 92253**<br>**760.774.6915** | **Landscaping services.** | | **41,000.00** |
| **Renaissance Golf Design, LLC**<br>**Tom Doak**<br>**530 E. Eighth St.**<br>**Traverse City, MI 49686** | **Renaissance Golf Design, LLC**<br>**Tom Doak**<br>**530 E. Eighth St.**<br>**Traverse City, MI 49686**<br>**231.590.0248** | **Architecture services** | | **335,147.94** |
| **Security Pros**<br>**389 SW Scalehouse Ct, Ste 130**<br>**Bend, OR 97702** | **Brian Shawver**<br>**Security Pros**<br>**389 SW Scalehouse Ct, Ste 130**<br>**Bend, OR 97702**<br>**541.330.0404** | **Security services** | | **19,500.00** |
| **Stroemple Deferred Contract Central Oregon Land LLC**<br>**PO Box 1810**<br>**Lake Oswego, OR 97035** | **John Freeman**<br>**Stroemple Deferred Contract Central Oregon Land LLC**<br>**PO Box 1810**<br>**Lake Oswego, OR 97035**<br>**503.784.5228** | **Owed $1 million in the form of lot credits on Remington Ranch** | | **1,000,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Remington Ranch, LLC**                        Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SunWest Builders** PO Box 489 Redmond, OR 97756 | **Steve Beutner** SunWest Builders PO Box 489 Redmond, OR 97756 541.382.5551 | **Construction of Sales Center for Debtor in 2007.** | | **375,969.00** |
| **SWCA, Inc.** PO Box 92170 Elk Grove Village, IL 60009 | **Mike Landon** SWCA, Inc. PO Box 92170 Elk Grove Village, IL 60009 | **Archeological survey work** | | **42,891.00** |
| **W&H Pacific** 123 SW Columbia St., Ste 100 Bend, OR 97702 | **Lynn Bruno** W&H Pacific 123 SW Columbia St., Ste 100 Bend, OR 97702 541.388.4255 | **Engineering Services 2005-2007** | | **532,473.14** |
| **Wilbur Ellis** PO Box 407 Clackamas, OR 97015 | **Wilbur Ellis** PO Box 407 Clackamas, OR 97015 | **Fertilizer** | | **27,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 21, 2010**                Signature   **/s/ James M. Pippin**
                                                        **James M. Pippin**
                                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

J. Stephen Werts, OSB No. 743378
E-mail address: swerts@cablehuston.com
Chad M. Stokes, OSB No. 004007
E-mail address: cstokes@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
Suite 2000, 1001 SW Fifth Avenue
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176
 Of Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| REMINGTON RANCH, LLC<br><br>Debtor(s). | CERTIFICATE OF SERVICE OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE |

I hereby certify that I served (1) a copy of the LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS, (2) a self-adhesive LABEL with the name and service address FOR the debtor, any joint debtor, any debtor's attorney, and each creditor on the debtor's Amended List of 20 Largest Unsecured Creditors, and (3) this CERTIFICATE OF SERVICE on the U.S. Trustee at 620 SW Main Street, Room 213, Portland, OR  97205 by hand delivering a copy thereof in a sealed envelope on the date set forth below.

DATED this 21st day of January, 2010.

        Respectfully submitted,

        CABLE HUSTON BENEDICT
        HAAGENSEN & LLOYD LLP

        /s/  J. Stephen Werts
        J. Stephen Werts, OSB No. 743378
        Chad M. Stokes, OSB No. 004007
        Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

| | | |
|---|---|---|
| Avion Water Co<br>60813 Parrell Road<br>Bend, OR 97702 | Ball-Janik LLP<br>101 SW Main Street, Suite 1100<br>Portland, OR 97204-3219 | Bittner & Hahs, P.C<br>4949 SW Meadows Rd, Suite 260<br>Lake Oswego, OR 97035-3157 |
| Cohen & Bender<br>12400 Wilshire Blvd., Ste 310<br>Los Angeles, CA  90025-1019 | Faulks Bros. Construction<br>E3481  Hwy 22 & 54<br>Waupaca, WI 54981 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 |
| GGL Architecture LLC<br>497 SW Century Drive, Suite 105<br>Bend, OR 97702 | Hart Howerton<br>One Union Street<br>San Francisco, CA 94111 | Hooker Creek Companies, LLC<br>PO Box 432<br>Bend, OR 97709 |
| Integrity Golf, LLC<br>27884 Del Rio Rd<br>Temecula, CA 92590 | Kleinfelder<br>62915 NE 18th St., Ste 1<br>Bend, OR  97701 | Miller Nash LLP<br>1567 SW Chandler Ave<br>Bend, OR  97702 |
| Out Door Solutions<br>78034 Calle Barcelona<br>La Quinta CA  92253 | Renaissance Golf Design, LLC<br>Tom Doak<br>530 E. Eighth St.<br>Traverse City, MI  49686 | Security Pros<br>389 SW Scalehouse Ct, Ste 130<br>Bend, OR  97702 |
| Stroemple Deferred Contract<br>Central Oregon Land, LLC<br>PO Box 1810<br>Lake Oswego, OR 97035 | SunWest Builders<br>PO Box 489<br>Redmond, OR 97756 | SWCA, Inc.<br>PO Box 92170<br>Elk Grove, IL 60009 |
| W&H Pacific<br>123 SW Columbia St., Suite 100<br>Bend, OR 97702 | Wilbur Ellis<br>PO Box 407<br>Clackamas, OR  97015 | |

# United States Bankruptcy Court
**District of Oregon**

In re    **Remington Ranch, LLC**                            Case No.
                                                                   Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 21, 2010**                  **/s/ James M. Pippin**
                                                                   **James M. Pippin**/**Managing Member**
                                                                   Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re **Remington Ranch, LLC**

Debtor(s)

Case No.

Chapter **11**

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated: **January 21, 2010**

**/s/ J. Stephen Werts**
**J. Stephen Werts**
**Cable Huston Benedict Haagensen & Lloyd**
**1001 SW Fifth Avenue**
**Suite 2000**
**Portland, OR 97204-1136**
**503-224-3092**