J. Stephen Werts, OSB No. 74337
E-mail address: swerts@cablehuston.com
Chad M. Stokes, OSB No. 004007
E-mail address: cstokes@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
Suite 2000, 1001 SW Fifth Avenue
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176
    Of Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON RANCH, LLC,<br><br>Debtor. | Case No.    10- 30406-elp11<br><br>DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING<br><br>EXPEDITED HEARING REQUESTED |

Remington Ranch, LLC, Debtor and Debtor-in-Possession in this Chapter 12 case (collectively "Debtor"), hereby applies for an interim order and a final order, pursuant to Sections 105 and 364 of Title 11 of the United States Code, and Rule 4001 of the Federal Rules of Bankruptcy Procedure, authorizing Debtor to enter into a Post Petition Loan Agreement with James Pippin ("Lender") in the form attached as Exhibit 1. Debtor also respectfully requests an order: (a) granting an administrative expense status to Lender; and (b) scheduling interim and final hearings pursuant to Bankruptcy Rule 4001 with respect to this Motion.

In Support of this Motion, Debtor states as follows:

**JURISDICTION**

1. On January 21, 2010, (the "Petition Date"), Debtor filed a voluntary petition for

1  relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2      2.    Debtor is an Oregon limited liability company that owns 2,030 acres of zoned

3  designation resort land in Powell Butte, Oregon, which presently includes a fully completed sales

4  center and a partially constructed golf course, including the supporting infrastructure.

5      3.    Debtor is in possession of its property and is continuing to operate and manage

6  the completion of its business as a debtor-in-possession pursuant to Section 1107 and 1108 of

7  Title 11 of the United States Code.

8      4.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

9  1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core

10 proceeding pursuant to 28 U.S.C. 157(b)(2).

## BACKGROUND

13     5.    Lender is willing to provide $45,000 as post-petition financing subject to certain

14 terms and conditions for the purpose of securing repayment of the post-petition financing. A

15 Budget for use of the funds is attached as Exhibit 2.

## RELIEF REQUESTED

17     6.    By this Motion, Debtor seeks an Interim and Final Order:

18     a.  Pursuant to 11 U.S.C. 364 (c)(1) and (c)(2), authorizing Debtor to enter into the Post Petition Loan Agreement attached as Exhibit 2 with Lender to obtain post-petition financing in the amount of $45,000 for the purpose of paying limited operating expenses pending the approval of its plan of reorganization.

22     b.  Authorizing Debtor to spend funds from the post petition financing as provided in the budget attached as Exhibit 2.

24     c.  Scheduling a final hearing on this Motion pursuant to Bankruptcy Rule 4001.

## BASIS AND JUSTIFICATION FOR RELIEF

26     7.    Debtor has an immediate need to obtain post-petition financing to pay operating

Page 2    DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

1 expenses to preserve the value of business for the benefit of the estate and creditors. Without
2 immediate access to the post-petition financing, Debtor will not be able to pay for basic services,
3 including electricity and security, thereby impairing the value of the business.

### POST-PETITION FINANCING TERMS AND CONDITIONS

8. Lender has agreed to make post-petition advances up to the amount of $45,000 to Debtor with interest thereon at the rate of six (6%) percent per annum until paid.

9. All post-petition financing from Lender shall be:

    a. Given an administrative expense status, subordinate only to U.S. Trustee fees and professional fees.

10. Due to current economic conditions prevailing in Oregon and throughout the Western United States, the financial condition of the financial institution which provided Debtor's pre-petition financing, and Debtor's own financial situation, Debtor is unable to obtain post-petition financing on an unsecured basis or on a secured basis on terms and conditions more favorable than those offered by the Lender. The terms and conditions of the Post Petition Loan Agreement between Lender and Debtor are fair and reasonable in the current market based considering Debtor's financial circumstances.

11. Good cause exists for approval of the Post Petition Loan Agreement on the terms and conditions described above and for the entry of an Interim Order. Entry of an Interim Order will permit Debtor to continue operating, preserve its going-concern-value, and increase the probability of a successful reorganization.

12. This Motion does not seek approval for any of the provisions in LBF 541.7.

/ / /
/ / /
/ / /
/ / /
/ / /

Page 3 DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

1   WHEREFORE, Debtor respectfully requests entry of an interim and final order granting

2   the relief described above, and such other relief as the Court may deem proper.

4   DATED this 25th day of January, 2010.

Respectfully submitted,

CABLE HUSTON BENEDICT
HAAGENSEN & LLOYD LLP


/s/ Chad M. Stokes
J. Stephen Werts, OSB No. 74337
Chad M. Stokes, OSB No. 004007
Of Attorneys for Debtor

Page 4   DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

# EXHIBIT 1

**PROMISSORY NOTE FOR POST PETITION FINANCING**

$45,000.00                                                                                                       Portland, Oregon
January ___, 2010

### RECITALS

A.  WHEREAS Remington Ranch, LLC ("Debtor") is an Oregon limited liability company that owns 2030 acres in Powell Butte, Oregon of zoned designation resort land, which presently includes a fully completed sales center and a partially constructed golf course, including the supporting infrastructure.

B.  WHEREAS On January 21, 2010, (the "Petition Date"), Debtor filed a voluntary petition for relief order Chapter 11 of Title 11 of the United States Bankruptcy Code.

C.  WHEREAS Jim Pippin ("Lender") is willing to provide $45,000 in Post-Petition financing to pay ongoing operating expenses on certain terms and conditions.

### AGREEMENT

For value received, the undersigned promises to pay to the order of Jim Pippin the principal sum of FORTY FIVE THOUSAND NO/100 DOLLARS $70,000 together with interest thereon at the rate of 6% per annum from the date of this Promissory Note (this "Note") through the date when this note is fully paid.

Lender is granted an administrative expense subordinate to the US Trustee fees and professional fees.


                                                                            REMINGTON RANCH LLC

                                                                            By:_____
                                                                            Name: _____
                                                                            Its: _____

# EXHIBIT 2

**REMINGTON RANCH**
2010 Chapter 11 Budget
January 22, 2010

| | Feb. | Mar. | Apr. | May | TOTAL |
|---|---:|---:|---:|---:|---:|
| Security | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 9,600 |
| Phones | $ 650 | $ 650 | $ 650 | $ 650 | $ 2,600 |
| Power | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 4,000 |
| Ad. Protection pmt. | $ 850 | | | | $ 850 |
| Internet | $ 60 | $ 60 | $ 60 | $ 60 | $ 240 |
| Auto Insurance | $ 200 | $ 200 | $ 200 | $ 200 | $ 800 |
| GL Insurance | $ 625 | $ 625 | $ 625 | $ 625 | $ 2,500 |
| Postage & Supplies | $ 200 | $ 200 | $ 200 | $ 200 | $ 800 |
| Fuel | $ 150 | $ 150 | $ 150 | $ 150 | $ 600 |
| Bookkeeping | $ 4,200 | $ 300 | $ 300 | $ 300 | $ 5,100 |
| Golf Maintenance | $ - | $ 2,500 | $ 3,500 | $ 4,500 | $ 10,500 |
| Maintenance Supplies | $ - | $ - | $ 200 | $ 400 | $ 600 |
| Workers Comp | $ - | $ 450 | $ 630 | $ 810 | $ 1,890 |
| **TOTAL** | **$ 10,335** | **$ 8,535** | **$ 9,915** | **$ 11,295** | **$ 40,080** |

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING** on:

| | |
|---|---|
| U.S. Trustee, Portland<br>E-Mail:<br>USTPRegion18.PL.ECF@usdoj.gov | Shannon Martinez<br>E-mail: smartinez@sglaw.com |

Martin Hansen
E-mail: meh@francishansen.com

[X]   by **CM/ECF NOTICE OF ELECTRONIC FILING,** a full, true and correct copy thereof to the party ay the e-mail address shown above, on the date set forth below;

DATED January 25, 2010.

                                              /s/ Chad M. Stokes
                                              J. Stephen Werts, OSB No. 74337
                                              Chad M. Stokes, OSB No. 004007
                                              Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (5030 224-3176