| | | |
|---|---|---|
| 2/2/2010 | **TUESDAY** | Judge Elizabeth L Perris |
| 09:30 AM | ■ 10-30406  elp 11   Remington Ranch, LLC | |
| CR 1 | | |

1.) Application to Employ Cable Huston as Attorney Filed by Debtor Remington Ranch, LLC (STOKES, CHAD) (8)
2.) Second Amended Application to Employ Bookkeeper Filed by Debtor Remington Ranch, LLC (STOKES, CHAD) (18)
3.) Motion for Adequate Protection to Utility Companies Filed by Debtor Remington Ranch, LLC (STOKES, CHAD) (12)
4.) Debtor s Motion for Interim and Final Orders to Secure Post-Petition Financing Filed by Debtor Remington Ranch, LLC (STOKES, CHAD) (14)

Remington Ranch, LLC - db       CHAD M STOKES
                                J STEPHEN WERTS

**Evidentiary Hearing:**   Yes: ☐   No: ☐

#2 - no order required per UST. Motion withdrawn as unnecessary.

#3 - Utilities can request a modification within 21 days. Otherwise GRANTED

#1 - 2014 needs to be revised. Cont to 3/4/10 at 11 AM. May be resolved by a stipulated order with UST in interim

#4 - Approved approx $15,300. Final hearing 3/4/10 at 11 AM

_Werts_ to prepare order.

DOCKET ENTRY:

Run Date: 1/28/2010