B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Remington Ranch, LLC**       ,    Case No.    **10-30406**

Debtor

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 29,000,000.00 | | |
| B - Personal Property | Yes | 4 | 298,544.42 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 17,074,360.15 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,401.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 15,370,523.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 29,298,544.42 | | |
| Total Liabilities | | | | 32,453,284.55 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re **Remington Ranch, LLC**, Debtor

Case No. **10-30406**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re **Remington Ranch, LLC** ,    Case No. **10-30406**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2030 acres in Powell Butte, Oregon of zoned designation resort land including a sales center and partially constructed golf course and infrastructure.** | | - | 29,000,000.00 | 0.00 |

| | | Sub-Total > | 29,000,000.00 | (Total of this page) |
| | | Total > | 29,000,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Remington Ranch, LLC** _____,  Case No. __**10-30406**__
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Columbia State Bank  ....5386 | - | 276.41 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Oregon Department of Geology & Minerals | - | 15,000.00 |
| | | Crook County Surveyor | - | 49,550.00 |
| | | BendBroadband | - | 1,760.01 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 1 Refrigerator - Amana | - | 300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   66,886.42
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Remington Ranch, LLC**                                    ,     Case No.     **10-30406**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Remington Ranch, LLC**                                          ,    Case No.    **10-30406**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **8 Smithco Mow-N-Go Trailers, ID #s: MT4951, 4952, 4953, 4954, 4921, 4922, 4923 and 49924 (all 2007 model year) (cost $943.00 ea /estimated value $754.40 each)** | - | 3,018.00 |
| | | **Leased Ford F10 pickup (1FTRF14W17NA60156) - monthly lease payments $472.25** | - | 0.00 |
| | | **Leased Ford F10 pickup (1FTVX14587NA23939) @ $496.17 monthly** | - | 0.00 |
| | | **Leased Porsche - $6484.00 payments left on lease** | - | 0.00 |
| | | **Leased Ford Expedition (1FMFU18517LA6009) at $732.03 per month;** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 Office chairs** | - | 200.00 |
| | | **3 Racks** | - | 100.00 |
| | | **2 adding machines** | - | 40.00 |
| | | **Office printer - HP laserjet 2605dn - 2007** | - | 3,000.00 |
| | | **1 Desk - 1998** | - | 200.00 |
| | | **Conference table & chairs** | - | 1,000.00 |

Sub-Total >                7,558.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Remington Ranch, LLC** ,    Case No.    **10-30406**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **8 PGM22 Greensmowers, model year 2007, ID #s: 2002105, 106, 108, 116, 102, 111, 115 and 101; cost $6900.00 ea / estimated value $5520.00 ea.** | - | **22,080.00** |
| | | **Misc. maintenance equipment** | - | **1,500.00** |
| 30. Inventory. | | **Misc. Golf Wear** | - | **500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1 Hamilton Beach coffee maker** | - | **10.00** |
| | | **1 Mr. Coffee, coffee maker** | - | **10.00** |
| | | **Miscellaneous golf course maintenance equipment (leased)** | - | **200,000.00** |

Sub-Total >    **224,100.00**
(Total of this page)
Total >    **298,544.42**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **Remington Ranch, LLC**                                                      Case No.     **10-30406**
                                                                          ,
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a**<br><br>**Anita & Christopher Manns**<br>**14811 NE 64th St.**<br>**Redmond, WA 98052** | | - | **Loan secured by a fifth or sixth trust deed on the "remainder piece". Remainder piece issn't part of Phase I development**<br><br>Value $            **13,050,000.00** | | | | **193,767.18** | **0.00** |
| Account No.<br><br>**Bernard & Linda Paine**<br>**130 Country Club Dr.**<br>**Whitney, TX 76692-4636** | | - | **Outstanding balance on Land Sale Contract secured by Second Trust Deed on the North 880 acres of parcel**<br><br>Value $            **11,000,000.00** | | | | **468,113.50** | **0.00** |
| Account No. **29815**<br><br>**Bullivant Houser Bailey PC**<br>**300 Pioneer Tower**<br>**888 SW Fifth Ave**<br>**Portland, OR 97204-2089** | | - | **2007**<br><br>**Legal services secured by 1% pledge of ownership**<br><br>Value $            **29,000,000.00** | | | | **291,267.37** | **0.00** |
| Account No. **91387**<br><br>**Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | | - | **2005**<br><br>**(Now Columbia State Bank)**<br>**1st Trust Deed on entire property Multiple accts, #s13408, 15635, 15636, 15637, 15885, 15886, 15887, 16112, 16113, 16118, 16205, 370.37**<br><br>Value $            **29,000,000.00** | | | | **10,094,166.67** | **0.00** |

____**2**____ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **11,047,314.72** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Remington Ranch, LLC**                                              ,          Case No.    **10-30406**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **2,65631,73247** | | | | | Real property taxes for 2009 secured by real property. | | | | | |
| **Crook County Tax Collector** **200 NE 2nd St., Ste 100** **Prineville, OR 97754-1996** | | - | | | | | | | | |
| | | | | | Value $          **29,000,000.00** | | | | **43,013.94** | **0.00** |
| Account No. | | | | | 2007 | | | | | |
| **Cushman Note** **60530 Sunset View Dr.** **Bend, OR 97702** | X | - | | | Loan secured by ownership of two Remington Ranch lots and personal guarantees from John Shaw and Jim Pippin | | | | | |
| | | | | | Value $          **1,000,000.00** | | | | **984,824.07** | **0.00** |
| Account No. **REM** | | | | | 2005 - 2007 | | | | | |
| **DVA Advertising & Public Relations** **109 NW Greenwood, Ste 103** **Bend, OR 97701** | | - | | | Advertising services secured by a fifth trust deed on the "remainder piece". Not part of Phase I Development | | | | | |
| | | | | | Value $          **13,050,000.00** | | | | **570,299.73** | **0.00** |
| Account No. **8336815** | | | | | Lease of golf equipment secured by a UCC filing on personal property and a personal guarantee from John Shaw and Jim Pippin.  Lawsuit pending approximately $575,000 worth of equipment was voluntarily surrendered by Debtor to GE Capital | | | | | |
| **GE Capital** **PO Box 802585** **Chicago, IL 60680-2585** | X | - | | | | | | X | | |
| | | | | | Value $          **500,000.00** | | | | **500,000.00** | **0.00** |
| Account No. | | | | | Outstanding balance on Land Sale contract secured by a first trust deed on an adjoining 160 acre piece.  Title in Remington Ranch's name. | | | | | |
| **Kenneth Elbert** **13755 SE 180th Ave** **Boring, OR 97009** | | - | | | | | | | | |
| | | | | | Value $          **3,600,000.00** | | | | **3,519,158.38** | **0.00** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **5,617,296.12**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re __Remington Ranch, LLC_____,    Case No. ___10-30406_____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a** <br><br> **Martin Tisthammer** <br> **8621 North Ryegrass Way** <br> **Prineville, OR 97754** | | - | **Outstanding balance on Land Sale Contract. Secured by a second trust deed on the North 880 acres of Remington Ranch** <br><br> Value $                **11,000,000.00** | | | | **202,169.77** | **0.00** |
| Account No. <br><br> **Rain for Rent** <br> **11035 NE Marx ST** <br> **Portland, OR 97220** | | - | **Lien on real property - 2008 irrigation pump rental** <br><br> Value $                **29,000,000.00** | | | | **38,185.00** | **0.00** |
| Account No. **....66001** <br><br> **Textron Financial** <br> **Dept AT 40219** <br> **Atlanta, GA 31192-0219** | X | - | **Golf equipment secured by a UCC filing on personal property and a personal guarantee from John Shaw and Jim Pippin** <br><br> Value $                **54,000.00** | | | | **54,000.00** | **0.00** |
| Account No. **874663** <br><br> **United Pipe & Supply** <br> **PO Box 6326** <br> **Portland, OR 97228** | | - | **Confession of Judgment - recorded. Supplies.** <br><br> Value $                **29,000,000.00** | | | | **42,931.24** | **0.00** |
| Account No. **3227** <br><br> **Western Equipment Distributors** <br> **20224 80th Ave. S.** <br> **Kent, WA 98032** | | - | **2007** <br><br> **Golf course equipment secured by a UCC filing on personal property; majority of equipment returned to creditor** <br> Value $                **73,000.00** | | | X | **72,463.30** | **0.00** |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **409,749.31** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **17,074,360.15** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Remington Ranch, LLC** _____,   Case No. ____**10-30406**_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Remington Ranch, LLC** ,  Case No. **10-30406**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Unpaid taxes** | | | | | | |
| **IRS PO Box 21126 Philadelphia, PA 19114** | - | | | X | X | X | 8,401.00 | 0.00 | 8,401.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 8,401.00 | 0.00 | 8,401.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 8,401.00 | 0.00 | 8,401.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Remington Ranch, LLC**                                              ,    Case No.   **10-30406**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. ...3005<br><br>Avion Water Co.<br>60813 Parrell Road<br>Bend, OR 97702 | | - | | | **2007**<br>**Water pipes and storage fees.** | | | | 287,598.40 |
| Account No. 9379<br><br>Ball Janik LLP<br>101 SW Main St., Ste 1100<br>Portland, OR 97204-3219 | | - | | | Legal services April 05 - Dec. 07 | | | | 176,391.00 |
| Account No.<br><br>Bank of America Business Card<br>PO Box 15710<br>Wilmington, DE 19886 | | - | | | **2007**<br>**Credit card - business debts** | | | | 11,971.22 |
| Account No. 4127,4065,4066<br><br>Bittner & Hahs, P.C.<br>4949 SW Meadows Rd., Ste 260<br>Lake Oswego, OR 97035-3157 | | - | | | Legal services April 05 - Dec. 09 | | | | 56,079.10 |

  **10**  continuation sheets attached

Subtotal
(Total of this page)      **532,039.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:31320-091215   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remington Ranch, LLC**                                                    ,        Case No.   **10-30406**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2007** **Interior furnishings.** | | | | |
| **Cascade Design Center** **1805 NE Hwy 20** **Bend, OR 97701** | - | | | | | | | 8,615.00 |
| Account No. | | | | **2008 fuel charges** | | | | |
| **Central Petroleum Services, Inc.** **PO Box 5684** **Bend, OR 97708** | - | | | | | | | 3,475.00 |
| Account No. | | | | **2008** **Accounting services - 2008 audit.** | | | | |
| **Cohen & Bender** **12400 Wilshire Blvd, Ste 310** **Los Angeles, CA 90025-1019** | - | | | | | | | 18,350.00 |
| Account No. | | | | **Remington Ranch credit card** | | | | |
| **Columbia River Bank** **925 SW Emkay Dr., Ste 100** **Bend, OR 97702** | - | | | | | | | 34,633.63 |
| Account No. | | | | **October 2009 - January 2010** **Internet services** | | | | |
| **Community Broadband** **PO Box 1595** **Redmond, OR 97756** | - | | | | | | | 209.85 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,283.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Remington Ranch, LLC**                                              ,     Case No.  **10-30406**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | 2005 Lot credit for future purchase | | | | |
| Craig Kilpatrick 13790 NE O'Neil Hwy Redmond, OR 97756 | - | | | | | | | 125,000.00 |
| Account No. | | | | 2005 Lot credits (ability to purchase lot at discount) for purchase of lot (shared with Richard M Cain) | | | | |
| Dale Tompkins 12837 SW Cornett Loop Powell Butte, OR 97753 | - | | | | | | | 100,000.00 |
| Account No. | | | | 2008 Trailer rental | | | | |
| Design Space 2235 Encinitas Blvd, #111 Encinitas, CA 92024 | - | | | | | | | 710.00 |
| Account No. | | | | 2007 Golf clothes and Reminton Ranch apparel | | | | |
| Fairway & Greene PO Box 73 Brattleboro, VT 05302-0073 | - | | | | | | | 7,939.37 |
| Account No. REM101 | | | | Construction services 2007 | | | | |
| Faulks Bros. Construction E3481 Hwy 22 & 54 Waupaca, WI 54981 | - | | | | | | | 85,890.80 |

Sheet no. **2** of **10** sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)     | 319,540.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Remington Ranch, LLC**
_____,  Case No. ____**10-30406**_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Fluid Images**<br>**PO Box 3500**<br>**PMB 189**<br>**Sisters, OR 97759** | - | | | | **2007**<br>**Marketing materials.** | | | | **13,138.00** |
| Account No.<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | - | | | | **Lease of automobiles - 2 F150 trucks and 1 Ford Expedition** | | | | **8,000.00** |
| Account No.<br><br>**Garnish**<br>**PO Box 94**<br>**Bend, OR 97701** | - | | | | **2008**<br>**Staging and furniture for sales center** | | | | **2,195.00** |
| Account No. **731**<br><br>**GGL Architecture LLC**<br>**497 SW Century Drive, Ste 105**<br>**Bend, OR 97702** | - | | | | **Architecture services 2007;  lawsuit filed in 2009.** | | | | **47,608.24** |
| Account No.<br><br>**GreerMahr & Associates LLP**<br>**499 SW Upper Terrace Dr., Ste A**<br>**Bend, OR 97702** | - | | | | **Accounting services 2008 taxes** | | | | **10,030.00** |

Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80,971.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remington Ranch, LLC**                                              ,        Case No. _____**10-30406**_____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **06-036** <br><br>**Hart Howerton**<br>**One Union St**<br>**San Francisco, CA 94111** | - | | | | **Architecture services 2007.**<br>**Creditor is seeking to pursue its claim in arbitration.  Chris Pippin was named in suit for Remington Ranch debt.** | | X | X | 357,088.19 |
| Account No. **REMRAN** <br><br>**Hooker Creek Companies LLC**<br>**PO Box 432**<br>**Bend, OR 97709** | - | | | | **2006-2007**<br>**Creditor asserts a Construction lien that was not properly perfected and the trust deed is voidable.**<br>**Disputed lien perfection.** | | | X | 5,343,175.61 |
| Account No. <br><br>**Horizon**<br>**261 N. Roosevelt Ave.**<br>**Chandler, AZ 85226-2616** | - | | | | **2007**<br>**Fertilizer and golf course supplies** | | | | 2,244.00 |
| Account No. <br><br>**House of Carrington**<br>**1100 Cottonwood Ave, Ste 300**<br>**Hartland, WI 53029** | - | | | | **2007**<br>**Clothing and Remington Ranch apparel** | | | | 7,772.00 |
| Account No. **n/a** <br><br>**Integrity Golf, LLC**<br>**27884 Del Rio Rd**<br>**Temecula, CA 92590** | - | | | | **2006-2007**<br>**Golf course contractor asserts a Landscaper's lien that was not properly perfected and the trust deed is voidable.**<br>**Disputed lien perfection.** | | | X | 3,165,111.05 |

Sheet no. __**4**___ of __**10**___ sheets attached to Schedule of        Subtotal                8,875,390.85
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remington Ranch, LLC**                                                ,        Case No.    **10-30406**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2007-2010** | | | | |
| **James Pippin** **1814 SW Remington Ranch Dr.** **Powell Butte, OR 97753-1844** | - | | **Prepetition loans for $2,473,877.00 to Remington Ranch** | | | | 2,473,877.00 |
| Account No. | | | **2010** | | | | |
| **James Pippin** **1814 SW Remington Ranch Dr.** **Powell Butte, OR 97753-1844** | - | | **Cable Huston retainer; loan to Remington Ranch** | | | | 80,000.00 |
| Account No. | | | **2010** | | | | |
| **Jim Pippin** **1814 SW Remington Ranch Dr.** **Powell Butte, OR 97753-1844** | - | | **DIP financing; loan to Remington Ranch** | | | | 45,000.00 |
| Account No. | | | **Prepetition loans to Remington Ranch from 2007 - 2008** | | | | |
| **John Shaw** **223 S. Prairieville** **Athens, TX 75751** | - | | | | | | 88,365.00 |
| Account No. | | | **2008** | | | | |
| **Kleinfelder** **62915 NE 18th St, Ste 1** **Bend, OR 97701** | - | | **Soils, engineering & environmental studies** | | | | 20,450.00 |

| Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,707,692.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Remington Ranch, LLC** _____,   Case No. ____**10-30406**_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Irrigation work | | | | |
| Larry Rodgers Design Group Inc. 3333 South Wadsworth Blvd, Ste 318 Denver, CO 80227 | - | | | | | | | 6,519.00 |
| Account No. | | | | 2008-2009 Legal Services | | | | |
| Miller Nash LLP 1567 SW Chandler Ave., Bend, OR 97702 | - | | | | | | | 38,572.54 |
| Account No. | | | | 2006 - current Lease of storage units | | | | |
| Mobile Mini, Inc 7420 S. Kyrene Rd., Ste 101 Tempe, AZ 85283 | - | | | | | | | 2,604.48 |
| Account No. | | | | 2007 Landscaping services. | | | | |
| Out Door Solutions 78034 Calle Barcelona La Quinta, CA 92253 | - | | | | | | | 41,298.00 |
| Account No. | | | | 2006-2008 Engineering for electric service | | | | |
| Pacific Power 1033 NE 6th Ave Portland, OR 97256-0001 | - | | | | | | | 12,851.00 |

Sheet no. __**6**___ of __**10**__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **101,845.02**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remington Ranch, LLC**                                    ,        Case No.   **10-30406**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2007<br>Landscape architecture services. | | | | |
| **Pinnacle Design Company**<br>**74-020 Alessandro**<br>**Palm Desert, CA** | - | | | | | | | | 8,080.00 |
| Account No. | | | | | Loan -- Remington Ranch expenses paid by PIP Golf (Jim Pippin company) from 2007-2008 | | | | |
| **PIP Golf**<br>**c/o Jim Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753-1844** | - | | | | | | | | 270,696.00 |
| Account No. | | | | | 2008 - current<br>Postage meter lease at $351.00 per mth through 12/14/11 | | | | |
| **Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | - | | | | | | | | 8,073.00 |
| Account No. | | | | | Remington Ranch Porsche; lease expires March 2, 1010<br>$1621.00 monthly - lease;<br>residual value $58,000.00 | | | | |
| **Porsche Payment Center**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | - | | | | | | | | 6,484.00 |
| Account No. | | | | | Illustration order for marketing materials. No work performed. Precautionary. | | | | |
| **Porterfield Design**<br>**842 NW Columiba St**<br>**Bend, OR 97701** | - | | | | | | | X | 2,250.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

295,583.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Remington Ranch, LLC**                                    ,    Case No.    **10-30406**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Quality Drilling & Blasting, LLC**<br>**65125 Hunnell Road**<br>**Bend, OR 97701** | - | | | | **2007**<br>**Drilling and blasting for construction** | | | | 2,821.00 |
| Account No.<br><br>**Qwest**<br>**PO Box 12480**<br>**Seattle, WA 98111-4480** | - | | | | **2009**<br>**Phone service** | | | | 151.00 |
| Account No.<br><br>**Renaissance Golf Design, LLC**<br>**Tom Doak**<br>**530 E. Eighth St.**<br>**Traverse City, MI 49686** | - | | | | **2005**<br>**Architecture services** | | | | 335,147.94 |
| Account No.<br><br>**Richard M. Cain**<br>**13717 SW Houston Lake Road**<br>**Powell Butte, OR 97753** | - | | | | **Share lot credits (ability to purchase lot at discount) with Dale Tompkins (claim amount $100,000.00 already listed under schedule F, Dale Tompkins)** | | | | 0.00 |
| Account No.<br><br>**Security Pros**<br>**389 SW Scalehouse Ct, Ste 130**<br>**Bend, OR 97702** | - | | | | **2008**<br>**Security services** | | | | 20,345.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        358,464.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remington Ranch, LLC**                                                    ,     Case No.   **10-30406**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | 2007 Fertilizers and golf course supplies | | | | |
| Simplot Partners Dept. #1136 Los Angeles, CA 90084-1136 | | | | | | | | | 35,525.00 |
| Account No. | | | - | | Insurance services - | | | | |
| State Farm Insurance 215 East First Street Newberg, OR 97132 | | | | | | | | | 1,021.00 |
| Account No. n/a | | | - | | Owed $1 million in the form of lot credits (ability to purchase lot at discount) on Remington Ranch | | | | |
| Stroemple Deferred Contract Central Oregon Land LLC PO Box 1810 Lake Oswego, OR 97035 | | | | | | | | | 1,000,000.00 |
| Account No. n/a | | | - | | Construction of Sales Center for Debtor in 2007. | | | | |
| SunWest Builders PO Box 489 Redmond, OR 97756 | | | | | | | | | 378,847.00 |
| Account No. 11899 | | | - | | 2004 Archeological survey work | | | | |
| SWCA, Inc. PO Box 92170 Elk Grove Village, IL 60009 | | | | | | | | | 42,891.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,458,284.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Remington Ranch, LLC**                                              ,    Case No.    **10-30406**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**T-Mobile**<br>**PO Box 660252**<br>**Dallas, TX 75266-0252** | | - | | Cell phone service | | | | 283.00 |
| Account No. **32901**<br><br>**W&H Pacific**<br>**123 SW Columbia St., Ste 100**<br>**Bend, OR 97702** | | - | | Engineering Services 2005-2007 | | | | 532,473.14 |
| Account No.<br><br>**Western Communications**<br>**PO Box 6020**<br>**Bend, OR 97708-6020** | | - | | November, 2009<br>Advertisement services | | | | 255.00 |
| Account No.<br><br>**Wilbur Ellis**<br>**PO Box 407**<br>**Clackamas, OR 97015** | | - | | 2008<br>Fertilizer | | | | 26,954.84 |
| Account No.<br><br>**Winchester Development LLC**<br>**c/o John Shaw**<br>**223 S. Prairieville**<br>**Athens, TX 75751** | | - | | Loan -- Remington Ranch expenses paid by Winchester Development (owned by John Shaw) 2007-2008. | | | | 15,463.00 |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 575,428.98 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 15,370,523.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Remington Ranch, LLC**                                                    ,    Case No.    **10-30406**
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **Lease Agreement from 6/10/07 to June 10, 2010 for Ford F150 (1FTRF14W17NA69156) in the amount of $472.25 per month.** |
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **Lease Agreement beginning 4/17/07 to 4/17/10 for lease of Ford F150 (1FTVX14587NA23939) at $496.17 monthly.** |
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **Lease Agreement beginning 4/20/07 to 4/20/10 for Ford Expedition (1FMFU18517LA6009) with monthly payments of $732.03.** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **Lease Agreement beginning 10/1/07 to June 1, 2011 for equipment.  Total amount of monthly lease for all = $19,548.17** |
| **Mobile Mini**<br>**7420 S. Kyrene Rd., Ste 101**<br>**Tempe, AZ 85283** | **Lease Agreement beginning 10/4/07 to 9/29/10 for 6 storage units (#s" ...3702, ...3703, ...3704, ...3705,....3706 and ...3707** |
| **Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | **Lease agreement beginning 9/14/07 to 12/14/11 for postage meter; payments $117.00 per month.** |
| **Porsche Payment Center**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **Remington Ranch Porsche - lease expires 3/2/10** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Remington Ranch, LLC**                                      ,     Case No. _____**10-30406**_____
                                     Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jim Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **Cushman Note**<br>**60530 Sunset View Dr.**<br>**Bend, OR 97702** |
| **Jim Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **Textron Financial**<br>**Dept AT 40219**<br>**Atlanta, GA 31192-0219** |
| **Jim Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** |
| **Jim Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** |
| **John Shaw c/o**<br>**Martin R. Bennett**<br>**Kugle Skeltor & Bennett PC**<br>**130 E. Corsicana St, Ste 302**<br>**Athens, TX 75751-2569** | **Cushman Note**<br>**60530 Sunset View Dr.**<br>**Bend, OR 97702** |
| **John Shaw c/o**<br>**Martin Ray Bennett**<br>**Kugle Skeltor & Bennett PC**<br>**130 E. Corsicana St., Ste 302**<br>**Athens, TX 75751-2569** | **Textron Financial**<br>**Dept AT 40219**<br>**Atlanta, GA 31192-0219** |
| **John Shaw c/o**<br>**Martin R. Bennett**<br>**Kugle Skeltor & Bennett PC**<br>**130 E. Corsicana St., Ste 302**<br>**Athens, TX 75751-2569** | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Oregon

In re   **Remington Ranch, LLC**               Case No.   **10-30406**
<br>                                Debtor(s)         Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 3, 2010**         Signature   **/s/ James M. Pippin**
<br>                                              **James M. Pippin**
<br>                                              **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Remington Ranch, LLC**                                          Case No.    **10-30406**
_____

                              Debtor(s)                    Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Sabrina Slate<br>2755 NE Boyd Acres, Apt 54<br>Bend, OR 97701 | 10/23/09 | $346.28 | $0.00 |
| Columbia River Bank<br>925 SW Emkay Dr., Ste 100<br>Bend, OR 97702 | 10/26/09 - draft | $9,500.00 | $10,094,166.67 |
| Textron Financial<br>Dept. AT 40219<br>Atlanta, GA 31192-0219 | 10/26/09 - Draft | $1,000.00 | $54,000.00 |
| Xerox Corportion<br>PO Box 7405<br>Pasadena, CA 91109-7405 | 10/30/09 - Draft | $500.00 | $0.00 |
| Harold Calderia<br>PO Box 57<br>Powell Butte, OR 97753 | 10/30/09 #2985 | $1,200.00 | $0.00 |
| BofA Business Card<br>PO Box 15710<br>Wilmington, DE 19886 | 10/30/09 - Draft | $250.00 | $34,634.00 |
| Oregon Dept. of Consumer & Business Serv<br>350 Winter St. NE,<br>PO box 14480<br>Salem, OR 97309-0405 | 10/30/09 #2987 | $500.00 | $0.00 |
| Pitney Bowes<br>PO Box 856460<br>Louisville, KY 40285-6460 | 10/30/09 #2988 - Pitney Bowes postage | $15.00 | $8,073.00 |
| Porsche<br>PO Box 740724<br>Cincinnati, OH 45274-0724 | 10/30/09 #2989 | $1,693.85 | $6,484.00 |
| Qwest<br>PO box 12480<br>Seattle, WA 98111-4480 | 10/30/09 #2990 | $150.62 | $151.00 |
| State Farm Insurance<br>215 East First Street<br>Newberg, OR 97132 | 10/30/09 #2991 | $566.51 | $1,021.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **10/30/09 - Draft** | **$472.25** | **$8,000.00** |
| **Design Space**<br>**2235 Encinitas Blvd #111**<br>**Encinitas, CA 92024** | **10/30/09 - #2992** | **$355.00** | **$710.00** |
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **10/30/09 #2993** | **$496.17** | **$8,000.00** |
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | **10/30/09 #2994 - Ford**<br>**Expedition pymt** | **$732.03** | **$8,000.00** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **10/30/09 - Draft** | **$1.95** | **$10,094,166.67** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **10/30/09 - Draft** | **$10.00** | **$10,094,166.67** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Road, Ste 101**<br>**Tempe, AZ 85283** | **11/2/09 - Draft** | **$1,000.00** | **$2,604.00** |
| **Miller Nash, LLP**<br>**1567 SW Chandler Ave**<br>**Bend, OR 97702** | **11/3/09 - #2959** | **$10,000.00** | **$38,572.54** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **11/3/09 - Draft** | **$113.26** | **$10,094,166.67** |
| **Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7271** | **11/3/09 - Draft** | **$7.00** | **$8,000.00** |
| **Earthlink**<br>**1375 Peachtree St**<br>**Atlanta, GA 30309** | **11/3/09 - Draft** | **$19.95** | **$0.00** |
| **Sabrina Slate**<br>**2755 NE Boyd Acres, Apt 54**<br>**Bend, OR 97701** | **11/6/09 - #2996** | **$300.00** | **$0.00** |
| **Harold Caldeira**<br>**PO Box 57**<br>**Powell Butte, OR 97753** | **11/15/09 - #2997** | **$1,200.00** | **$0.00** |
| **Pacific Power**<br>**1033 NE 6th AVe.**<br>**Portland, OR 97256-0001** | **11/16/09 - Draft** | **$510.63** | **$0.00** |
| **Textron Finanical**<br>**Dept AT 40219**<br>**Atlanta, GA 31192-0219** | **11/16/09 - Draft** | **$599.54** | **$53,000.00** |
| **Pacific Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | **11/16/09 - Draft** | **$133.54** | **$0.00** |
| **Sabrina Slate**<br>**2755 NE Boyd Acres, Apt 54**<br>**Bend, OR 97701** | **11/16/09 - 2998** | **$300.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mobile Mini, Inc.**<br>7420 S. Kyrene Rd, Ste 101<br>Tempe, AZ 85283 | **11/16/09 - Draft** | **$1,000.00** | **$2,604.00** |
| **T-Mobile**<br>PO Box 660252<br>Dallas, TX 75266-0252 | **11/16/09 - #2999** | **$124.17** | **$283.00** |
| **T-Mobile**<br>PO Box 660252<br>Dallas, TX 75266-0252 | **11/16/09 - T-Mobile** | **$142.71** | **$283.00** |
| **Xerox Corporation**<br>PO Box 7405<br>Pasadena, CA 91109-7405 | **11/16/09 - Draft** | **$500.00** | **$0.00** |
| **Megan Williamson**<br>20905 Lupine<br>Bend, OR 97701 | **11/17/09 - #3001** | **$200.00** | **$0.00** |
| **Harold Calderia**<br>PO Box PO Box 57<br>Powell Butte, OR 97753 | **11/30/09 - #3002** | **$1,200.00** | **$0.00** |
| **Megan Williamson**<br>20905 Lupine<br>Bend, OR 97701 | **11/30/09 #3003** | **$200.00** | **$0.00** |
| **Bank of America - Business Card**<br>PO Box 15710<br>Wilmington, DE 19886 | **11/30/09 - Draft** | **$250.00** | **$34,634.00** |
| **Columbia River Bank**<br>925 SW Emkay Dr., Ste 100<br>Bend, OR 97702 | **11/30/09 - Draft** | **$4.95** | **$10,094,166.67** |
| **Columbia River Bank**<br>925 SW Emkay Dr., Ste 100<br>Bend, OR 97702 | **11/30/09 - Draft** | **$10.00** | **$10,094,166.67** |
| **Miller Nash LLP**<br>1567 SW Chandler Ave<br>Bend, OR 97702 | **12/3/09 - #3004** | **$10,000.00** | **$38,572.54** |
| **Sabrina Slate**<br>2755 NE Boyd Acres, Apt 54<br>Bend, OR 97701 | **12/4/09 #3005** | **$300.00** | **$0.00** |
| **Earthlink**<br>1375 Peachtree St<br>Atlanta, GA 30309 | **12/4/09 - Draft** | **$19.95** | **$0.00** |
| **Bank of America Business Card**<br>PO Box 15710<br>Wilmington, DE 19886 | **12/4/09 - Draft** | **$250.00** | **$34,634.00** |
| **Qwest**<br>PO Box 12480<br>Seattle, WA 98111-4480 | **12/7/09 - #3006** | **$150.62** | **$151.00** |
| **T-Mobile**<br>PO Box 660252<br>Dallas, TX 75266-0252 | **12/7/09 - #3007** | **$155.71** | **$283.00** |
| **T-Mobile**<br>PO Box 660252<br>Dallas, TX 75266-0252 | **12/7/09 - T-Mobile** | **$124.17** | **$283.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **12/9/09 - Draft** | **$1,687.35** | **$6,484.00** |
| **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **12/9/09 - Draft** | **$5.00** | **$6,484.00** |
| **Mobile Mini**<br>**7420 S Kyrene Rd., Ste 101**<br>**Tempe, AZ 85283** | **12/1/09 - Draft** | **$1,350.00** | **$2,604.00** |
| **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | **12/14/09 - Draft** | **$250.00** | **$34,634.00** |
| **Sabrina Slate**<br>**2755 NE Boyd Acres, Apt 54**<br>**Bend, OR 97701** | **12/15/09 - #3012** | **$300.00** | **$0.00** |
| **Harold Caldeira**<br>**PO Box 57**<br>**Powell Butte, OR 97753** | **12/15/09 - #3018** | **$1,200.00** | **$0.00** |
| **Simplot Partners**<br>**Dept. #11136**<br>**Los Angeles, CA 90084-1136** | **12/18/09 - Draft** | **$1,377.19** | **$35,525.00** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **12/18/09 - Draft** | **$75.00** | **$10,094,166.67** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **12/27/09 - Draft** | **$17.00** | **$10,094,166.67** |
| **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **12/27/09 - Draft** | **$1,705.00** | **$6,484.00** |
| **Sabrina Slate**<br>**2755 NE Boyd Acres, Apt 54**<br>**Bend, OR 97701** | **12/27/09 - Draft** | **$590.10** | **$0.00** |
| **Pacific Power**<br>**12033 NE 6th Ave**<br>**Portland, OR 97256-0011** | **12/28/09 - Draft** | **$801.71** | **$0.00** |
| **Corporation Division**<br>**255 Capital St., NE, Ste 151**<br>**Salem, OR 97310** | **12/30/09 - Draft** | **$50.00** | **$0.00** |
| **Xerox Corporation**<br>**PO box 7405**<br>**Pasadena, CA 91109-7405** | **12/30/09 - Draft** | **$500.00** | **$0.00** |
| **Columbia River Bank**<br>**925 SW Emkay Dr., Ste 100**<br>**Bend, OR 97702** | **12/31/09 - Draft** | **$142.65** | **$10,094,166.67** |
| **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **1/11/10 - Draft** | **$1,685.68** | **$6,484.00** |
| **Porsche**<br>**PO Box 740724**<br>**Cincinnati, OH 45274-0724** | **1/11/10 - Draft** | **$5.00** | **$6,484.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Pitney Bowers Postage** PO Box 856460 Louisville, KY 40285-6460 | **1/11/10 - 3015** | **$29.00** | **$8,073.00** |
| **Community Broadband** PO Box 1595 Redmond, OR 97756 | **1/11/10 - #3016** | **$149.90** | **$0.00** |
| **Deschutes County Clerk** 1164 NW Bond Bend, OR 97701 | **1/11/10 - #3017** | **$32.00** | **$0.00** |

None ☐  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chris Pippin** 63143 Dakota Drive Bend, OR 97701    Property Manager | **9/8/09** | **$5,000.00** | **$0.00** |
| **Chris Goffrier** 19463 Blue Lake Loop Bend, OR 97702    Part Owner of Pippin Family LLC, | **10/30/09 #2986 - reimbursement of expenses for golf course maintenance supplies and automotive upkeep for Remington Ranch** | **$784.35** | **$0.00** |
| **Chris Goffrier** 19463 Blue Lake Loop Bend, OR 97702    Part of of Pippin Family LLC | **12/30/10 - Draft - reimbursement of expenses for golf course maintenance supplies and automotive upkeep for Remington Ranch** | **$118.11** | **$0.00** |
| **Chris Goffrier** 19463 Blue Lake Loop Bend, OR 97702    Part Owner of Pippin Family LLC | **reimbursement of expenses for golf course maintenance supplies and automotive upkeep for Remington Ranch (total paid prior to 10/30/09)** | **$2,830.23** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Electric Capital Corp. v. Remington Ranch Case No. 09CV0130** | **Breach of contract** | **Crook County Circuit Court 300 Northeast Third St. Prinville OR  97754** | **pending** |
| **Hart Howerton Ltd. v. Chris Pippin dba Winchester Development AAA #: 75-110-000461-08-VIAM** | **Breach of contract Case filed against Chris Pippin only for Remington Ranch debt** | **American Arbitration Association** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hooker Creek Co. LLC v. Remington Ranch et al Case No. 08-CV0023** | **Breach of contract** | **Crook County Circuit Court 300 Northeast Third St. Prinville OR  97754** | **pending** |
| **GGL Architecture LLC v. Remington Ranch LLC et al Case No. 09CV0127** | **Breach of contract** | **Crook County Circuit Court 300 Northeast Third St. Prinville OR  97754** | **pending** |
| **S & H Group, Inc. v. Remington Ranch LLC Case No. 076-07143** | **Breach of contract** | **Multnomah County Circuit Court** | **Settled** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GE Capital PO Box 802585 Chicago, IL 60680-2585** | **4/22/09** | **Financed golf equipment purchased from Western Equipment;** |
| **Western Equipment 20224 80th Ave., S Kent, WA 98032** | **4/22/09** | **Golf equipment; financed through GE Capital; equipment returned** |

### 6.  Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cable Huston**<br>**1001 SW 5th Ave**<br>**Portland, OR 97204** | **May, 2009** | **687.00** |
| **Cable Huston**<br>**1001 SW 5th Ave**<br>**Portland, OR 97204** | **Jan, 2010 payment made by Jim Pippin, Managing Member** | **$80,000.00** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 5 NW Minnesota, Suite 220 Bend, OR  97701  (old office space) | Remington Ranch, LLC | June, 2007 - February, 2008 |

**16. Spouses and Former Spouses**

None
■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sabrina Slate**<br>**2755 NE Boyd Acres, Apt 54**<br>**Bend, OR 97701** | **2008 - 2010** |
| **Cohen & Bender**<br>**12400 Wilshire Blvd, Ste 310**<br>**Los Angeles, CA 90025-1019** | **Financial review 2006-2007 and**<br>**2006-2007 tax returns** |
| **GreerMahr & Associates LP**<br>**499 SW Upper Terrace Dr., Ste A**<br>**Bend, OR 97702** | **Accounting services, 2008** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Compass Global Investors, LLC**<br>**1125 NW Couch St., Ste 840**<br>**Portland, OR 97209** | **2/13/09** |
| **Stephanie Powers-Lucas**<br>**Corporate Office**<br>**78-030 Calle Barcelona, Ste A**<br>**La Quinta, CA 92253** | **12/22/08** |
| **The Investment Group, Inc.**<br>**133 West Market St., Ste 215**<br>**Indianapolis, IN 46204** | **2/19/09** |
| **Kerri VanSise**<br>**Vice President**<br>**Community First Bank**<br>**550 NW Franklin Ave., Ste 408**<br>**Bend, OR 97701** | **9/8/08** |
| **Dick Mosier**<br>**Interlease Financial**<br>**PO Box 1099**<br>**Issaquah, WA 98027** | **2008** |

NAME AND ADDRESS
**Gary Jones**
**Surety Placement Services LLC**
**7975 N. Hayden Rd. C300**
**Scottsdale, AZ 85258**

DATE ISSUED
**2008**

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Destination Resort Group, LLC**<br>**56785 Nest Pine Drive**<br>**Bend, OR 97707** | **Class A Member** | **20% owner of Remington Ranch. Destination Resort Group is owned soley by Glenn Kotara.** |
| **Coyote Basin LLC**<br>**383 SW Bluff Dr., #206**<br>**Bend, OR 97702** | **Class A Member** | **80% ownership of Remington Ranch (Coyote Basin LLC is comprised of individuals and entities as noted here)** |
| **Triage California Development Co. LLC**<br>**383 SW Bluff Dr., #206, Bend, OR 97702**<br>**&**<br>**385 1st St. Ste 215**<br>**Lake Oswego, OR 97035** | **Class A Member** | **10% owner of Coyote Basin and 8% owner of Remington Ranch. Triage California Development Co. ("Triage") owned by Mark Bocci, Lucio Dalla Gasparina and James M. Pippin who each own an undivided equal interest in Triage.** |
| **Christopher Pippin**<br>**63143 Dakota Drive**<br>**Bend, OR 97701** | **Class A Member** | **5% owner of Coyote Basin, LLC and 4% owner of Remington Ranch** |
| **Trifecta 100, LLC**<br>**385 1st St, Ste 215**<br>**Lake Oswego, OR 97035** | **Class A Member** | **37.5% owner of Coyote Basin, LLC and 30% owner of Remington Ranch. Trifecta 1000, LLC is owned by Mark Bocci and Lucio Dalla Gasparina** |
| **Pippin Family, LLC**<br>**383 SW Bluff Dr., #206**<br>**Bend, OR 97702** | **Class A Member** | **43.75% owner of Coyote Basin, LLC and 35% owner of Remington Ranch. Pippin Family LLC owned by Jim & Jeanette Pippin (40%), Chris & Kathryn Pippin (30%) and Christopher and Jenny Goffrier (30%).** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Floregon Investment Company LLC**<br>**9400 SW Barnes Rd., #550**<br>**Portland, OR 97225** | **Class A Member** | **3.75% owner of Coyote Basin, LLC and 3% of Remington Ranch.  Floregon Investment Company LLC is owned by Peter Jacobsen and James Pippin.** |
| **Andy Bryant**<br>**221 Southwest Moonridge Place**<br>**Portland, OR 97225** | **Founder, Class B Member, non-voting, non-equity** | **$2,000,000.00 investment** |
| **Azure Global Real Estate Fund LP**<br>**Compass Azure Fund Managers**<br>**1125 NW Couch St, Ste 840**<br>**Portland, OR 97209** | **Founder, Class B Member, non-voting, non-equity** | **$2,500,000.00 investment** |
| **Cate Cushman**<br>**60530 Sunset View Dr.**<br>**Bend, OR 97702** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Charlie Denson**<br>**2820 SW Labbe Avenue**<br>**Portland, OR 97221** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Clear Fir Partners LP**<br>**2415 Carillon Point**<br>**Kirkland, WA 98033** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Jack Meligan**<br>**18414 Old River Landing**<br>**Lake Oswego, OR 97034-5183** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **John Bradley Trust**<br>**PO Box 764**<br>**Lake Oswego, OR 97034** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **John Shaw**<br>**223 S. Prairieville**<br>**Athens, TX 75751** | **Founder, Class B  Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Jon Staenburg**<br>**100 4th Ave., N., Ste 500**<br>**Seattle, WA 98109** | **Founder, Class B Member, non-equity, non-voting** | **$500,000.00 investment** |
| **Martin Tisthammer**<br>**8621 North Ryegrass Way**<br>**Prineville, OR 97754** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Ned & Margie Buhler**<br>**6543 S. Gozzer Rd**<br>**Harrison, ID 83833** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Peter & Jan Jacobsen**<br>**3461 Bonita Bay, Ste 202**<br>**Bonita Springs, FL 34134** | **Founder, Clbass B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Robin Goffrier**<br>**2250 S. Moritz Loop**<br>**West Linn, OR 97068** | **Founder, Class B Member, non-voting, non-equity** | **$1,000,000.00 investment** |
| **Tapestry Blue LLC**<br>**56875 Nest Pine Drive**<br>**Bend, OR 97707** | **Founder, Class B Member, non-voting, non-equity** | **$2,000,000.00 investment** |
| **Tony Margolis**<br>**586 Round Hill Road**<br>**Greenwich, CT 06831** | **Founder, Class B Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Triage California Development LLC**<br>**385 1st Street, Ste 215**<br>**Lake Oswego, OR 97034** | **Founder, Class B Member, non-voting, non-equity** | **$2,000,000.00 investment** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Two Tommy, LLC**<br>**586 Round Hill Rd**<br>**Greenwich, CT 06831** | **Founder, Class B Member,**<br>**non-voting, non-equity** | **$500,000.00 investment** |
| **Dennis Logan**<br>**77661 Paterson Ferry Rd**<br>**Irrigon, OR 97844** | **Charter Member, Class C**<br>**Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Denny Denton**<br>**65823 Bearing Dr**<br>**Bend, OR 97701** | **Charter Member, Class C**<br>**Member, non-voting, non-equity** | **$1,000,000.00 investment** |
| **Douglas Berry**<br>**1646 NW Steidl Road**<br>**Bend, OR 97701** | **Chrter Member Class C**<br>**Member, non-voting, non-equity** | **$500,000.00 investment** |
| **John Bradley**<br>**PO Box 764**<br>**Lake Oswego, OR 97034** | **Charter Member, Class C**<br>**Member, non-voting, non-equity** | **$500,000.00 investment** |
| **Norman Daniels**<br>**1321 SE 7th Court**<br>**Vancouver, WA 98664** | **Charter Member, Class C**<br>**Member, non-voting, non-equity** | **$1,000,000.00 investment** |
| **The Morrow Family Rev. Trust**<br>**79390 Tom Fazio Lane South**<br>**La Quinta, CA 92253** | **Charter Member, Class C**<br>**Member, non-voting, non-equity** | **$500,000.00 investment** |

**22 . Former partners, officers, directors and shareholders**

None
■       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
        commencement of this case.

NAME                                    ADDRESS                                              DATE OF WITHDRAWAL

None
☐       b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
        immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **John Shaw**<br>**223 S. Prairieville**<br>**Athens, TX 75751** | **Trifecta 100, LLC acquired**<br>**100% of John Shaw's interest in**<br>**Remington Ranch (representing**<br>**30% of Remington Ranch) in**<br>**October, 2009** | **October, 2009** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■       If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
        in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                       OR DESCRIPTION AND
                                                                            VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
        group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  3, 2010**                       Signature  **/s/ James M. Pippin**
                                                              **James M. Pippin**
                                                              **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Oregon

In re    **Remington Ranch, LLC** _____ ,    Case No. ___**10-30406**_____

                                         Debtor

                                                          Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andy Bryant**<br>**221 Southwest Moonridge Place**<br>**Portland, OR 97225** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $2,000,000.00 investment** |
| **Azure Global Real Estate Fund LP**<br>**Compass Azure Fund Managers**<br>**1125 NW Couch St, Ste 840**<br>**Portland, OR 97209** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $2,500,000.00 investment** |
| **Cate Cushman**<br>**60530 Sunset View Dr.**<br>**Bend, OR 97702** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Charlie Denson**<br>**2820 SW Labbe Avenue**<br>**Portland, OR 97221** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Christopher Pippin**<br>**63143 Dakota Drive**<br>**Bend, OR 97701** | **A** | | **5% owner of Coyote Basin which is 80% owner of Remington Ranch** |
| **Clear Fir Partners LP**<br>**2415 Carillon Point**<br>**Kirkland, WA 98033** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Coyote Basin LLC**<br>**393 SW Bluff Dr., #206**<br>**Bend, OR 97707** | **A** | | **80% of Remington Ranch** |

____**5**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **Remington Ranch, LLC**                                              ,    Case No.    **10-30406**
_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dennis Logan**<br>**77661 Paterson Ferry Road**<br>**Irrigon, OR 97844** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $500,000.00 investment** |
| **Denny Denton**<br>**65823 Bearing Dr.**<br>**Bend, OR 97701** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $1,000,000.00 investment** |
| **Destination Resort Group  LLC**<br>**56785 Nest Pine Drive**<br>**Bend, OR 97707** | **A** | | **20% owner of Remington Ranch** |
| **Douglas Berry**<br>**1646 NW Steidl Road**<br>**Bend, OR 97701** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $500,000.00 investment** |
| **Floregon Investment Company LLC**<br>**9400 SW Barnes Rd., #550**<br>**Attn: Mike O'Connell**<br>**Portland, OR 97225** | **A** | | **3.75% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **Glenn Kotara**<br>**56875 Nest Pine Drive**<br>**Bend, OR 97707** | **A** | | **100% owner of Destination Resort Group, LLC (20% owner of Remington Ranch)** |
| **Jack Meligan**<br>**18414 Old River Landing**<br>**Lake Oswego, OR 97034-5183** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |

Sheet  **1**  of  **5**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Remington Ranch, LLC**             ,    Case No.    **10-30406**
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **A** | | **Undivided equal interest in Triage California Development Co. LLC which is 37.5% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **James Pippin**<br>**1814 SW Remington Ranch Dr.**<br>**Powell Butte, OR 97753** | **A** | | **Undivided equal interest of Floregon Investment Co., LLC, 3.75% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **John Bradley**<br>**PO Box 764**<br>**Lake Oswego, OR 97034** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $500,000.00 investment** |
| **John Bradley Trust**<br>**PO Box 764**<br>**Lake Oswego, OR 97034** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **John Shaw**<br>**223 S. Prairieville**<br>**Athens, TX 75751** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Jon Staenburg**<br>**100 4th Ave. N., Ste 550**<br>**Seattle, WA 98109** | **B** | | **Founder, Class B Investor, non-equity, non-voting, $500,000.00 investment** |

Sheet   **2**   of   **5**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    **Remington Ranch, LLC**                                            ,    Case No.    **10-30406**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lucio Dalla Gasparina**<br>**PO Box 447**<br>**Rutherford, CA 94573** | **A** | | **Undivided equal interest in Triage California Development Co which is 10% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **Lucio Dalla Gasparina**<br>**PO Box 447**<br>**Rutherford, CA 94573** | **A** | | **Undivided equal interest in Trifecta 1000, LLC which is 37.5% owner of Coyote Basin** |
| **Mark Bocci**<br>**385 1st St., Ste 215**<br>**Lake Oswego, OR 97035** | **A** | | **undivided equal interest in Triage California Development Co which is 10% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **Mark Bocci**<br>**385 1st St., Ste 215**<br>**Lake Oswego, OR 97035** | **A** | | **Undivided equal interest of Trifecta 1000 LLC which owns 37.5% of Coyote Basin** |
| **Martin Tisthammer**<br>**8621 North Ryegrass Way**<br>**Prineville, OR 97754** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Ned & Margie Buhler**<br>**6543 S. Gozzer Rd**<br>**Harrison, ID 83833** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Norman Daniels**<br>**1321 SE 7th Court**<br>**Vancouver, WA 98664** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $1,000,000.00 investment** |

Sheet   **3**   of   **5**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Remington Ranch, LLC** _____ ,    Case No.   **10-30406** _____

                                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter & Jan Jacobsen**<br>**2771 Marina Point Dr.,**<br>**Bonita Springs, FL 34134** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |
| **Peter Jacobsen**<br>**2771 Marina Point Dr.**<br>**Bonita Springs, FL 34134** | **A** | | **Undivided equal interest in Floregon Investment Company LLC, 3.75% owner of Coyote Basin (80% owner of Remington Ranch)** |
| **Pippin Family, LLC**<br>**383 SW Bluff Dr., #206**<br>**Bend, OR 97702** | **A** | | **43.75% owner of Coyote Basin, LLC which is 80% owner of Remington Ranch** |
| **Robin Goffrier**<br>**2250 S. Moritz Loop**<br>**West Linn, OR 97068** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $1,000,000.00 investment** |
| **Tapestry Blue LLC**<br>**56875 Nest Pine Drive**<br>**Bend, OR 97707** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $2,000,000.00 investment** |
| **The Morrow Family Rev. Trust**<br>**79390 Tom Fazio Lane South**<br>**La Quinta, CA 92253** | **C** | | **Charter Member, Class C Investor, non-voting, non-equity, $500,000.00 investment** |
| **Tony Margolis**<br>**586 Round Hill Road**<br>**Greenwich, CT 06831** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |

Sheet  **4**  of  **5**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Remington Ranch, LLC**

_____,   Case No.   **10-30406**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Triage California Development Co. LLC**<br>**385 1st Street, Ste 215**<br>**Lake Oswego, OR 97034** | **A** | | **10% owner of Coyote Basin which is 80% owner of Remington Ranch** |
| **Triage California Development LLC**<br>**385 1st Street, Ste 215**<br>**Lake Oswego, OR 97034** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $2,000,000.00 investment** |
| **Trifecta 1000, LLC**<br>**385 1st St., Ste 215**<br>**Lake Oswego, OR 97035** | **A** | | **37.5% owner of Coyote Basin** |
| **Two Tommy, LLC**<br>**586 Round Hill Rd**<br>**Greenwich, CT 06831** | **B** | | **Founder, Class B Investor, non-voting, non-equity, $500,000.00 investment** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February  3, 2010**_____    Signature **/s/ James M. Pippin**_____

                                                                 **James M. Pippin**
                                                                **Managing Member**

    _Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                           18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Oregon

In re **Remington Ranch, LLC** _____    Case No. **10-30406** _____
                                    Debtor(s)              Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 3, 2010** _____    **/s/ James M. Pippin** _____
                                              **James M. Pippin**/**Managing Member**
                                              Signer/Title

Andy Bryant
221 Southwest Moonridge Place
Portland, OR 97225

Anita & Christopher Manns
14811 NE 64th St.
Redmond, WA 98052

Avion Water Co.
60813 Parrell Road
Bend, OR 97702

Azure Global Real Estate Fund LP
Compass Azure Fund Managers
1125 NW Couch St., Ste 840
Portland, OR 97209

Ball Janik LLP
101 SW Main St., Ste 1100
Portland, OR 97204-3219

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886

Bernard & Linda Paine
130 Country Club Dr.
Whitney, TX 76692-4636

Bittner & Hahs, P.C.
4949 SW Meadows Rd., Ste 260
Lake Oswego, OR 97035-3157

Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Ave
Portland, OR 97204-2089

Cascade Design Center
1805 NE Hwy 20
Bend, OR 97701

Cate Cushman
60530 Sunset View Dr.
Bend, OR 97702

Central Petroleum Services, Inc.
PO Box 5684
Bend, OR 97708

Charlie Denson
2820 SW Labbe Avenue
Portland, OR 97221

Christopher Pippin
63143 Dakota Drive
Bend, OR 97701

Clear Fir Partners LP
2415 Carillon Point
Kirkland, WA 98033

Cohen & Bender
12400 Wilshire Blvd, Ste 310
Los Angeles, CA 90025-1019

Columbia River Bank
925 SW Emkay Dr., Ste 100
Bend, OR 97702

Community Broadband
PO Box 1595
Redmond, OR 97756

Coyote Basin, LLC
393 SW Bluff Dr., #206
Bend, OR 97707

Craig Kilpatrick
13790 NE O'Neil Hwy
Redmond, OR 97756

Crook County Tax Collector
200 NE 2nd St., Ste 100
Prineville, OR 97754-1996

Cushman Note
60530 Sunset View Dr.
Bend, OR 97702

Dale Tompkins
12837 SW Cornett Loop
Powell Butte, OR 97753

Dennis Logan
77661 Paterson Ferry Road
Irrigon, OR 97844

Denny Denton
65823 Bearing Dr
Bend, OR 97701

Design Space
2235 Encinitas Blvd, #111
Encinitas, CA 92024

Destination Resort Group LLC
56785 Nest Pine Drive
Bend, OR 97707

Douglas Berry
1646 NW Steidl Road
Bend, OR 97701

DVA Advertising & Public Relations
109 NW Greenwood, Ste 103
Bend, OR 97701

Fairway & Greene
PO Box 73
Brattleboro, VT 05302-0073

Faulks Bros. Construction
E3481 Hwy 22 & 54
Waupaca, WI 54981

Floregon Investment Company LLC
Attn: Mike O'Connell
9400 SW Barnes Rd., #550
Portland, OR 97225

Fluid Images
PO Box 3500
PMB 189
Sisters, OR 97759

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Garnish
PO Box 94
Bend, OR 97701

GE Capital
PO Box 802585
Chicago, IL 60680-2585

GGL Architecture LLC
497 SW Century Drive, Ste 105
Bend, OR 97702

Glenn Kotara
56875 Nest Pine Drive
Bend, OR 97707

GreerMahr & Associates LLP
499 SW Upper Terrace Dr., Ste A
Bend, OR 97702

Hart Howerton
One Union St
San Francisco, CA 94111

Hooker Creek Companies LLC
PO Box 432
Bend, OR 97709

Horizon
261 N. Roosevelt Ave.
Chandler, AZ 85226-2616

House of Carrington
1100 Cottonwood Ave, Ste 300
Hartland, WI 53029

Integrity Golf, LLC
27884 Del Rio Rd
Temecula, CA 92590

IRS
PO Box 21126
Philadelphia, PA 19114

Jack Meligan
18414 Old River Landing
Lake Oswego, OR 97034-5183

James Pippin
1814 SW Remington Ranch Dr.
Powell Butte, OR 97753-1844

Jim Pippin
1814 SW Remington Ranch Dr.
Powell Butte, OR 97753-1844

Jim Pippin
1814 SW Remington Ranch Dr.
Powell Butte, OR 97753

John Bradley
PO Box 764
Lake Oswego, OR 97034

John Bradley Trust
PO Box 764
Lake Oswego, OR 97034

John Shaw
223 S. Prairieville
Athens, TX 75751

John Shaw c/o
Martin R. Bennett
Kugle Skeltor & Bennett PC
130 E. Corsicana St, Ste 302
Athens, TX 75751-2569

John Staenburg
100 4th Ave., N., Ste 550
Seattle, WA 98109

Kenneth Elbert
13755 SE 180th Ave
Boring, OR 97009

Kleinfelder
62915 NE 18th St, Ste 1
Bend, OR 97701

Larry Rodgers Design Group Inc.
3333 South Wadsworth Blvd, Ste 318
Denver, CO 80227

Lucio Dalla Gasparina
PO Box 447
Rutherford, CA 94573

Mark Bocci
385 1st St., Ste 215
Lake Oswego, OR 97035

Martin Tisthammer
8621 North Ryegrass Way
Prineville, OR 97754

Miller Nash LLP
1567 SW Chandler Ave.,
Bend, OR 97702

Mobile Mini, Inc
7420 S. Kyrene Rd., Ste 101
Tempe, AZ 85283

Ned & Margie Buhler
6543 S. Gozzer Rd
Harrison, ID 83833

Norman Daniels
1321 SE 7th Court
Vancouver, WA 98664

Out Door Solutions
78034 Calle Barcelona
La Quinta, CA 92253

Pacific Power
1033 NE 6th Ave
Portland, OR 97256-0001

Peter & Jan Jacobsen
3461 Bonita Way, Ste 202
Bonita Springs, FL 34134

Peter Jacobsen
2771 Marina Point Dr.
Bonita Springs, FL 34134

Pinnacle Design Company
74-020 Alessandro
Palm Desert, CA

PIP Golf
c/o Jim Pippin
1814 SW Remington Ranch Dr.
Powell Butte, OR 97753-1844

Pippin Family LLC
383 SW Bluff Dr., #206
Bend, OR 97702

Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460

Porsche Payment Center
PO Box 740724
Cincinnati, OH 45274-0724

Porterfield Design
842 NW Columiba St
Bend, OR 97701

Quality Drilling & Blasting, LLC
65125 Hunnell Road
Bend, OR 97701

Qwest
PO Box 12480
Seattle, WA 98111-4480

Rain for Rent
11035 NE Marx ST
Portland, OR 97220

Renaissance Golf Design, LLC
Tom Doak
530 E. Eighth St.
Traverse City, MI 49686

Richard M. Cain
13717 SW Houston Lake Road
Powell Butte, OR 97753

Robin Goffrier
2250 S. Moritz Loop
West Linn, OR 97068

Security Pros
389 SW Scalehouse Ct, Ste 130
Bend, OR 97702

Simplot Partners
Dept. #1136
Los Angeles, CA 90084-1136

State Farm Insurance
215 East First Street
Newberg, OR 97132

Stroemple Deferred Contract
Central Oregon Land LLC
PO Box 1810
Lake Oswego, OR 97035

SunWest Builders
PO Box 489
Redmond, OR 97756

SWCA, Inc.
PO Box 92170
Elk Grove Village, IL 60009

T-Mobile
PO Box 660252
Dallas, TX 75266-0252

Tapestry Blue LLC
56875 Nest Pine Drive
Bend, OR 97707

Textron Financial
Dept AT 40219
Atlanta, GA 31192-0219

The Morrow Family Rev. Trust
79390 Tom Fazio Lane South
La Quinta, CA 92253

Tony Margolis
586 Round Hill Road
Greenwich, CT 06831

Triage California Development LLC
385 1st Street, Ste 215
Lake Oswego, OR 97034

Trifecta 1000 LLC
385 1st St., Ste 215
Lake Oswego, OR 97035

Two Tommy, LLC
586 Round Hill Rd
Greenwich, CT 06831

United Pipe & Supply
PO Box 6326
Portland, OR 97228

W&H Pacific
123 SW Columbia St., Ste 100
Bend, OR 97702

Western Communications
PO Box 6020
Bend, OR 97708-6020

Western Equipment Distributors
20224 80th Ave. S.
Kent, WA 98032

Wilbur Ellis
PO Box 407
Clackamas, OR 97015

Winchester Development LLC
c/o John Shaw
223 S. Prairieville
Athens, TX 75751

# United States Bankruptcy Court
## District of Oregon

In re  **Remington Ranch, LLC** _____
                                    Debtor(s)

Case No.  **10-30406**

Chapter  **11**

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated:  **February  3, 2010**

**/s/ J. Stephen Werts**
**J. Stephen Werts**
**Cable Huston Benedict Haagensen & Lloyd**
**1001 SW Fifth Avenue**
**Suite 2000**
**Portland, OR 97204-1136**
**503-224-3092**