1  J. Stephen Werts, OSB No. 74337
   E-mail address:  swerts@cablehuston.com
2  Chad M. Stokes, OSB No. 004007
   E-mail address:  cstokes@cablehuston.com
3  CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
4  Suite 2000, 1001 SW Fifth Avenue
   Portland, OR  97204-1136
5  Telephone:      (503) 224-3092
   Facsimile:      (503) 224-3176
6        Of Attorneys for Debtors

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                     FOR THE DISTRICT OF OREGON

11                        PORTLAND DIVISION

12
   In re:                                    Case No. 10-30406-elp11
13
   REMINGTON RANCH, LLC,                      **NOTICE OF HEARING – FINAL ORDER**
14                                            **FOR POST PETITION FINANCING**

              Debtor.
15

16        YOU ARE NOTIFIED that a hearing on Debtor's Motion for Final Order to

17  Secure Post Petition Financing has been set for March 26, 2010 at 9:00 a.m., in Courtroom 1, at

18  U.S. Bankruptcy Court, 1001 SW 5th Avenue, Portland, Oregon, 97204.  PLEASE TAKE

19  NOTICE that this hearing is set for the same time as the hearing previously set to hear the

20  Motion to Determine if Debtor is Single Asset Real Estate Entity.

21        DATED this 5th day of March, 2010.

22                                        Respectfully submitted,

23                                        CABLE HUSTON BENEDICT
                                          HAAGENSEN & LLOYD LLP
24

25                                        /s/ Chad M. Stokes
                                          J. Stephen Werts, OSB No. 74337
26                                        Chad M. Stokes, OSB No. 004007
                                          Of Attorneys for Debtor

   Page 1    NOTICE OF HEARING ON DEBTOR'S MOTION FOR FINAL ORDER TO
   SECURE POST PETITION FINANCING

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF HEARING – FINAL ORDER FOR POST PETITION FINANCING** on:

| | |
|---|---|
| U.S. Trustee, Portland<br>USTPRegion18.PL.ECF@usdoj.gov<br>M.Vivienne.Popperl@usdoj.gov | Shannon Martinez for creditor Columbia River Bank<br>smartinez@sglaw.com |
| Martin Hansen for creditor Hooker Creek Co., LLC<br>meh@francishansen.com | John Weil for creditor General Electric Capital Corp.<br>bmail@hooplaw.com |
| Timothy Conway for creditor Textron Financial Corporation<br>Tim.conway@tonkon.com | Howard M. Levine for creditor Integrity Golf<br>howard@sussmanshank.com |
| Christopher Ambrose for creditor Catherine Cushman<br>crambrose@ambroselaw.com | Michael Fletcher for creditor Textron Financial Corporation<br>Michael.fletcher@tonkon.com |
| Christine Kosydar for creditor Hart Howerton, LLC<br>lchopkins@stoel.com | Benjamin Lauritsen for creditor hart Howerton, LLC<br>blauritsen@stoel.com |

[X]    by **CM/ECF NOTICE OF ELECTRONIC FILING,** a full, true and correct copy thereof to the party ay the e-mail address shown above, on the date set forth below;

| | |
|---|---|
| Avion Water Co<br>60813 Parrell Road<br>Bend, OR 97702 | Ball-Janik LLP<br>101 SW Main Street, Suite 1100<br>Portland, OR 97204-3219 |
| Kleinfelder<br>62915 NE 18th St., Ste 1<br>Bend, OR 97701 | Miller Nash LLP<br>1567 SW Chandler Ave<br>Bend, OR 97702 |
| Out Door Solutions<br>78034 Calle Barcelona<br>La Quinta CA 92253 | Renaissance Golf Design, LLC<br>Tom Doak<br>530 E. Eighth St.<br>Traverse City, MI 49686 |
| Security Pros<br>389 SW Scalehouse Ct, Ste 130<br>Bend, OR 97702 | Stroemple Deferred Contract<br>Central Oregon Land, LLC<br>PO Box 1810<br>Lake Oswego, OR 97035 |

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP<br>1001 SW FIFTH AVENUE, SUITE 2000<br>PORTLAND, OREGON 97204-1136<br>TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

| | |
|---|---|
| SunWest Builders<br>PO Box 489<br>Redmond, OR 97756 | SWCA, Inc.<br>PO Box 92170<br>Elk Grove, IL 60009 |
| W&H Pacific<br>123 SW Columbia St., Suite 100<br>Bend, OR 97702 | Wilbur Ellis<br>PO Box 407<br>Clackamas, OR 97015 |
| Bittner & Hahs, P.C<br>4949 SW Meadows Rd, Suite 260<br>Lake Oswego, OR 97035-3157 | Cohen & Bender<br>12400 Wilshire Blvd., Ste 310<br>Los Angeles, CA 90025-1019 |
| Faulks Bros. Construction<br>E3481 Hwy 22 & 54<br>Waupaca, WI 54981 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 |
| GGL Architecture LLC<br>497 SW Century Drive, Suite 105<br>Bend, OR 97702 | Hart Howerton<br>One Union Street<br>San Francisco, CA 94111 |
| Hooker Creek Companies, LLC<br>PO Box 432<br>Bend, OR 97709 | Integrity Golf, LLC<br>27884 Del Rio Rd<br>Temecula, CA 92590 |
| Kenneth P. Childs<br>900 SW 5th Avenue, Ste 2600<br>Portland, OR 97204 | Brian Depolo<br>Hart Howerton Ltd<br>One Union St. #3<br>San Francisco, CA 94111 |

[X]　　by **MAILING**, a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above and on the attached, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below;

DATED March 5, 2010.

/s/ Chad M. Stokes
<u>　　　　　　　　　　　　　　　　　　　　　</u>
J. Stephen Werts, OSB No. 74337
Chad M. Stokes, OSB No. 004007
Of Attorneys for Debtor

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP<br>1001 SW FIFTH AVENUE, SUITE 2000<br>PORTLAND, OREGON 97204-1136<br>TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176