| | | | |
|---|---|---|---|
| 3/26/2010 | | FRIDAY | Judge Elizabeth L Perris |
| 09:00 AM<br>CR 1 | ■ 10-30406 elp 11 | Remington Ranch, LLC | |

2.) Notice of Final Hearing and Motion For Authority to Obtain Credit. Filed by Debtor Remington Ranch, LLC Hearing Scheduled for 3/26/2010 at 09:00 AM at Courtroom #1, Portland. (STOKES, CHAD) (85)

Remington Ranch, LLC - db     CHAD M STOKES
                              J STEPHEN WERTS

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Motion GRANTED

_Stokes_ _____ to prepare order.

DOCKET ENTRY: