UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                    )
                         )  Case No. _____
                         )
                         )  NOTICE OF **FINAL**
                         )  HEARING ON MOTION
                         )      FOR USE OF CASH COLLATERAL
                         )      TO OBTAIN CREDIT
Debtor(s)                )  *(Check One)*

YOU ARE NOTIFIED THAT:

1.  The undersigned moving party, _____, filed a Motion ☐ For Use of Cash Collateral ☐ To Obtain Credit *(check one)*.  A copy of the motion, which INCLUDES the statement required by Local Form #541.7, is attached.

2.  The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____.

3.  A **FINAL** HEARING on the motion WILL BE HELD ON _____ AT_____ IN _____, and testimony will be received if offered and admissible.

4.  If you WISH TO OBJECT to the motion, YOU SHALL, WITHIN 10 DAYS OF THE SERVICE DATE SHOWN in pt. 5 BELOW, FILE with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), BOTH:  (1) a written response, which states the facts upon which you will rely, AND (2) a certificate showing a copy of the response has been served on the U.S. Trustee and the party named in pt. 2 above.  See Local Form #541.50 for details.

5.  On _____ copies of BOTH this notice AND the motion, were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

_____
Signature
_____
(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541 (12/1/09)    **Local Form #541.50 ATTACHED IF this NOTICE served on PAPER**

J. Stephen Werts, OSB No. 74337
E-mail address: swerts@cablehuston.com
Chad M. Stokes, OSB No. 004007
E-mail address: cstokes@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
Suite 2000, 1001 SW Fifth Avenue
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176
       Of Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON RANCH, LLC,<br><br>Debtor. | Case No.    10- 30406-elp11<br><br>**DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING** |

Remington Ranch, LLC, Debtor and Debtor-in-Possession in this Chapter 11 case (collectively "Debtor"), hereby applies for an Order, pursuant to Sections 105 and 364 of Title 11 of the United States Code, and Rule 4001 of the Federal Rules of Bankruptcy Procedure, authorizing Debtor to enter into an Amended Post Petition Loan Agreement with James Pippin ("Lender") in the form attached as Exhibit 1. Debtor also respectfully requests an Order: (a) granting an administrative expense status to Lender; and (b) scheduling a hearing pursuant to Bankruptcy Rule 4001 with respect to this Amended Motion.

In Support of this Motion, Debtor states as follows:

**JURISDICTION**

1.        On January 21, 2010, (the "Petition Date"), Debtor filed a voluntary petition for

Page 1 - DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

1  relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2    2. Debtor is an Oregon limited liability company that owns 2,080 acres of zoned
3  designation resort land in Powell Butte, Oregon, which presently includes a fully completed sales
4  center and a partially constructed golf course, including the supporting infrastructure.

5    3. Debtor is in possession of its property and is continuing to operate and manage
6  the completion of its business as a debtor-in-possession pursuant to Section 1107 and 1108 of
7  Title 11 of the United States Code.

8    4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and
9  1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core
10 proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

12   5. On March 26, 2010, Debtor's Motion for Post Petition Financing was approved
13 by this Court. Debtor was authorized to enter into a Post Petition Loan Agreement with Lender
14 to obtain post petition financing in the amount of $45,000.

15   6. On June 24, 2010, Debtor's Motion for Supplemental Post petition Financing was
16 approved by this Court. Debtor was authorized to enter into a Post Petition Loan Agreement
17 with Lender to obtain supplemental post petition financing in the amount of $20,000.

18   7. In the past few months, Debtor has been diligently working on a Plan of
19 Reorganization.

20   8. Debtor seeks an additional $18,400 of supplemental post petition financing, which
21 will enable Debtor to continue paying its limited operating expenses through December 2010.

22   9. Lender is willing to provide the additional post-petition financing of $18,400
23 subject to certain terms and conditions for the purpose of securing repayment of the post-petition
24 financing. A Budget for use of the funds is attached as Exhibit 2.

## RELIEF REQUESTED

26   10. By this Motion, Debtor seeks an Order:

Page 2  - DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING

a. Pursuant to 11 U.S.C. 364 (c)(1) and (c)(2), authorizing Debtor to enter into the Post Petition Loan Agreement attached as Exhibit 1 with Lender to obtain additional post-petition financing in the amount of $18,400 for the purpose of paying limited operating expenses pending the approval of its plan of reorganization.

b. Authorizing Debtor to spend funds from the post petition financing as provided in the budget attached as Exhibit 2.  However, Debtor requests a provision that: (1) allows it to exceed its budget by no more than 10 percent without seeking approval from the Court; (2) allows it to use savings from one expense category to pay expenses in another category; and (3) allows it to carry forward unused funds for use in a subsequent month.

c. Scheduling a hearing on this Motion pursuant to Bankruptcy Rule 4001.

**BASIS AND JUSTIFICATION FOR RELIEF**

11. Debtor has an immediate need to obtain the additional post-petition financing to pay operating expenses to preserve the value of business for the benefit of the estate and creditors.  Without immediate access to the post-petition financing, Debtor will not be able to pay for basic services, including electricity and security, thereby impairing the value of the business.

**POST-PETITION FINANCING TERMS AND CONDITIONS**

12. Lender has agreed to make post-petition advances up to the amount of $18,400 to Debtor with interest thereon at the rate of six (6%) percent per annum until paid.

13. All post-petition financing from Lender shall be:

a. Given an administrative expense status, subordinate only to U.S. Trustee fees and professional fees.

14. Due to current economic conditions prevailing in Oregon and throughout the Western United States, the financial condition of the financial institution which provided

Page 3  - DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

1 Debtor's pre-petition financing, and Debtor's own financial situation, Debtor is unable to obtain
2 post-petition financing on an unsecured basis or on a secured basis on terms and conditions more
3 favorable than those offered by the Lender.  The terms and conditions of the Post Petition Loan
4 Agreement between Lender and Debtor are fair and reasonable in the current market based
5 considering Debtor's financial circumstances.

6     15. Good cause exists for approval of the Post Petition Loan Agreement on the terms
7 and conditions described above and for the entry of an Order, in the form attached as Exhibit 3.
8 Entry of the Order will permit Debtor to continue operating, preserve its going-concern-value,
9 and increase the probability of a successful reorganization.

10     16. This Motion does not seek approval for any of the provisions in LBF 541.7.

11 WHEREFORE, Debtor respectfully requests entry of an interim and final order granting
12 the relief described above, and such other relief as the Court may deem proper.

14 DATED this 22nd day of September, 2010.

Respectfully submitted,

CABLE HUSTON BENEDICT
HAAGENSEN & LLOYD LLP

/s/ Chad M. Stokes
J. Stephen Werts, OSB No. 74337
Chad M. Stokes, OSB No. 004007
Of Attorneys for Debtor

Page 4  - DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING

# EXHIBIT 1

# PROMISSORY NOTE FOR SUPPLEMENTAL POST PETITION FINANCING

$18,400.00                                                                                              Portland, Oregon
September ___, 2010

## RECITALS

A.      WHEREAS Remington Ranch, LLC ("Debtor") is an Oregon limited liability company that owns 2030 acres in Powell Butte, Oregon of zoned designation resort land, which presently includes a fully completed sales center and a partially constructed golf course, including the supporting infrastructure.

B.      WHEREAS On January 21, 2010, (the "Petition Date"), Debtor filed a voluntary petition for relief order Chapter 11 of Title 11 of the United States Bankruptcy Code.

C.      WHEREAS Debtor needs limited funds to pay operating expenses through Plan Confirmation.

D.      WHEREAS Jim Pippin ("Lender") is willing to provide $18,400 in supplemental Post-Petition financing to pay ongoing operating expenses on certain terms and conditions.

## AGREEMENT

      For value received, the undersigned promises to pay to the order of Jim Pippin the principal sum of EIGHTEEN THOUSAND FOUR HUNDRED NO/100 DOLLARS ($18,400) together with interest thereon at the rate of 6% per annum from the date of this Promissory Note (this "Note") through the date when this note is fully paid.

      Lender is granted an administrative expense subordinate to the US Trustee fees and professional fees.

REMINGTON RANCH LLC

By: _____
Name: _____
Its: _____

EXHIBIT 1
Page 1 of 1

# EXHIBIT 2

# Remington Ranch Monthly Budget
# Beginning September, 2010

| Vendor | Item | Amount |
|---|---|---:|
| AT&T | Cell Phones | $ 117 |
| Qwest | Sales Center Phone | 25 |
| Sabrina Slate | Bookkeeping | 600 |
| Capital Premium Financing | Insurance | 203 |
| Brent Caldiera | Security | 1,900 |
| Wells Fargo | Bank Fees | 20 |
| Earthlink | Website Hosting | 20 |
| Pacific Power | Electricity | 1,000 |
| American Hallmark | Insurance | 295 |
| N/A | 10% Contingency | 418 |
| | Total: | $ 4,598 |

EXHIBIT 2
Page 1 of 1

# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re: | Case No. 10-30406-elp11 |
| REMINGTON RANCH, LLC, | **ORDER ON DEBTOR'S MOTION TO SECURE SUPPLEMENTAL POST PETITION FINANCING** |
| Debtor. | |

THIS MATTER, having come before the court on the Motion of Remington Ranch LLC, Debtor and Debtor-in-Possession ("Debtor") in this Chapter 11 case, on its Motion to Secure Supplemental Post Petition Financing ("Motion"), and the Court having heard and considered the arguments of counsel and all relevant pleadings, exhibits and documents of record in this case, now therefore the Court hereby finds and concludes:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Subject to the terms of this Order, the Debtor's Motion is approved.

Exhibit 3
Page 1 of 2

2.The Court grants Debtor's motion (a) authorizing Debtor to enter into the Post Petition Loan Agreement attached as Exhibit 1 to the Motion with Lender to obtain post-petition financing in the amount of $18,400.

3.Debtor may spend funds as provided in the budget attached to this Order as Exhibit A.  Debtor may use savings from one expense category to pay expenses in another category, and may carry forward unused funds for use in a subsequent monthly.  However, Debtor may not exceed the monthly aggregate budget by more than 10 percent without Court approval.

Presented by:

CABLE HUSTON BENEDICT
HAAGENSEN & LLOYD LLP


/s/ Chad M. Stokes
J. Stephen Werts, OSB No. 74337
Chad M. Stokes, OSB No. 004007
Of Attorneys for Debtor

cc:List of Interested Parties
*US Trustee
USTPRegion18.PL.ECF@usdoj.gov

Exhibit 3
Page 2 of 2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **DEBTOR'S MOTION FOR AN ORDER TO SECURE SUPPLEMENTAL POST-PETITION FINANCING** on:

- RONALD T ADAMS    rta@bhlaw.com, tl@bhlaw.com;docketing@bhlaw.com
- CHRISTOPHER R AMBROSE    crambrose@ambroselaw.com, dmharary@ambroselaw.com;talorence@ambroselaw.com
- KENNETH P CHILDS    kpchilds@stoel.com, erheaston@stoel.com;docketclerk@stoel.com
- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- SUSAN T FELSTINER    sfelstiner@cablehuston.com, msenger@cablehuston.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- MARTIN E HANSEN    meh@francishansen.com, kathy@francishansen.com;michele@francishansen.com;mike@francishansen.com;regina@francishansen.com
- HOWARD M LEVINE    howard@sussmanshank.com, janine@sussmanshank.com
- SHANNON R MARTINEZ    smartinez@sglaw.com, epaetsch@sglaw.com
- MICHAEL H McGEAN    mike@francishansen.com, regina@francishansen.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- JOHN W WEIL    bmail@hooplaw.com, tgranados@hooplaw.com
- Thomas K ^Hooper2    bmail@hooplaw.com, tgranados@hooplaw.com
- JOHN W ^WEIL2    bmail@hooplaw.com, tgranados@hooplaw.com

[X]    by **CM/ECF NOTICE OF ELECTRONIC FILING,** a full, true and correct copy thereof to the party ay the e-mail address shown above, on the date set forth below;

**SEE ATTACHED MATRIX**

[X]    by **MAILING**, a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above and on the attached, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below;

Page 1 – CERTIFICATE OF SERVICE

1

2  DATED this 22nd day of September, 2010.

3

4                                         /s/ Chad M. Stokes
                                       J. Stephen Werts, OSB No. 74337

5                                         Chad M. Stokes, OSB No. 004007
                                       Of Attorneys for Debtor

Page 2 – CERTIFICATE OF SERVICE

```
Label Matrix for local noticing         Columbia River Bank                     Columbia State Bank
0979-3                                                                          1001 SW 5th Ave #700
Case 10-30406-elp11                                                             Portland, OR 97204-1141
District of Oregon
Portland
Wed Sep 22 12:51:48 PDT 2010

Remington Ranch, LLC                    Wilbur-Ellis Company
1814 SW Remington Ranch Dr.             1101 N Argonne Rd #213
Powell Butte, OR 97753-1844             Spokane Valley, WA 99212-2699


American Infosource Lp As Agent for     Andy Bryant                             Anita & Christopher Manns
T Mobile/T-Mobile USA Inc               221 Southwest Moondridge Place          14811 NE 64th St.
PO Box 248848                           Portland, OR 97225-6467                 Redmond, WA 98052-4746
Oklahoma City, OK  73124-8848


Avion Water Co.                         Azure Global Real Estate Fund LP        Ball Janik LLP
60813 Parrell Road                      Compass Azure Fund Managers             101 SW Main St., Ste 1100
Bend, OR 97702-2599                     1125 NW Couch St., Ste 840              Portland, OR 97204-3219
                                        Portland, OR 97209-4129


Ball Janik LLP                          Bank of America Business Card           Bernard & Linda Paine
c/o Brad T. Summers                     PO Box 15710                            130 Country Club Dr.
101 SW Main St #1100                    Wilmington, DE 19886-5710               Whitney, TX 76692-4636
Portland, OR 97204-3219


Bittner & Hahs, P.C.                    Brian Depolo                            Bullivant Houser Bailey PC
c/o J Terrence Bittner                  Hart Howerton Ltd                       Attn Steve Uriguen
4949 SW Meadows Rd., Ste 260            One Union St #3                         300 Pioneer Tower
Lake Oswego, OR 97035-3157              San Francisco CA 94111-1223             888 SW Fifth Ave
                                                                                Portland, OR 97204-2012


Cascade Design Center                   Catherine Cushman                       Central Oregon Land, LLC
1805 NE Hwy 20                          c/o Christopher R Ambrose               c/o Douglas R. Pahl
Bend, OR 97701-4832                     312 NW 10th Ave #200                    Perkins Coie LLP
                                        Portland OR 97209-3121                  1120 NW Couch Street, 10th Floor
                                                                                Portland, OR 97209-4128


Central Petroleum Services, Inc.        Charlie Denson                          Christopher Pippin
PO Box 5684                             2820 SW Labbe Avenue                    63143 Dakota Drive
Bend, OR 97708-5684                     Portland, OR 97221-3241                 Bend, OR 97701-7747


Clear Fir Partners LP                   Cohen & Bender                          Columbia River Bank
4951 NE Laurelcrest Ln                  12400 Wilshire Blvd, Ste 310            925 SW Emkay Dr., Ste 100
Seattle WA 98105-5244                   Los Angeles, CA 90025-1046              Bend, OR 97702-1114


Columbia State Bank                     Columbia State Bank                     Columbia State Bank
Successor in Interest to Columbia River c/o Erich M. Paetsch                    c/o Erich M. Paetsch, Saalfeld Griggs, P
c/o Erich M. Paetsch                    P.O. Box 470                            P.O. Box 470
P.O. Box 470                            Salem, OR 97308-0470                    Salem, OR 97308-0470
Salem, OR 97308-0470
```

| | | |
|---|---|---|
| Community Broadband<br>PO Box 1595<br>Redmond, OR 97756-0510 | Coyote Basin, LLC<br>393 SW Bluff Dr., #206<br>Bend, OR 97702 | Craig Kilpatrick<br>13790 NE O'Neil Hwy<br>Redmond, OR 97756-8969 |
| Crook County Tax Collector<br>200 NE 2nd St., Ste 100<br>Prineville, OR 97754-1996 | Cushman Note<br>60530 Sunset View Dr.<br>Bend, OR 97702-8108 | DVA Advertising & Public Relations<br>109 NW Greenwood, Ste 103<br>Bend, OR 97701-2081 |
| Dale Tompkins<br>12837 SW Cornett Loop<br>Powell Butte, OR 97753-1817 | Dennis Logan<br>77661 Paterson Ferry Road<br>Irrigon, OR 97844-7131 | Denny Denton<br>65823 Bearing Dr<br>Bend, OR 97701-0118 |
| Design Space<br>2235 Encinitas Blvd, #111<br>Encinitas, CA 92024-4356 | Design Space Modular Buildings Inc<br>POB 1847<br>Redmond OR 97756-0524 | Destination Resort Group LLC<br>c/o Glenn M Kotara<br>56875 Nest Pine Drive<br>Bend, OR 97707-2076 |
| Douglas Berry<br>1646 NW Steidl Road<br>Bend, OR 97701-1855 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Elbert Note<br>13755 SE 180th Ave<br>Boring, OR 97089-8279 |
| Fairway & Greene<br>PO Box 73<br>Brattleboro, VT 05302-0073 | Faulks Bros Construction Inc<br>E3481 Royalton St<br>Waupaca WI 54981-8847 | Fia Card Services NA<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Floregon Investment Company LLC<br>Attn: Mike O'Connell<br>9400 SW Barnes Rd., #550<br>Portland, OR 97225-6690 | Fluid Images<br>PO Box 3500<br>PMB 189<br>Sisters, OR 97759-3500 | Ford Credit<br>PO Box 7172<br>Pasadena, CA 91109-7172 |
| Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121-6275 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | GGL Architecture LLC<br>497 SW Century Drive, Ste 105<br>Bend, OR 97702-1167 |
| Garnish<br>PO Box 94<br>Bend, OR 97709-0094 | Glenn Kotara<br>56875 Nest Pine Drive<br>Bend, OR 97707-2076 | Greer, Mahr & Associates LLP<br>499 SW Upper Terrace Dr., Ste A<br>Bend, OR 97702-1582 |
| Harold Calderia<br>PO Box 57<br>Powell Butte, OR 97753-0057 | Hart Howerton Ltd<br>c/o Kenneth P Childs<br>Stoel Rives LLP<br>900 SW 5th Ave #2600<br>Portland OR 97204-1268 | Hooker Creek Companies LLC<br>POB 457<br>Bend OR 97709-0457 |

| | | |
|---|---|---|
| Hooker Creek Companies, LLC<br>c/o Francis Hansen & Martin LLP<br>1148 NW Hill Street<br>Bend, OR 97701-1914 | Horizon<br>261 N. Roosevelt Ave.<br>Chandler, AZ 85226-2616 | House of Carrington<br>1100 Cottonwood Ave, Ste 300<br>Hartland, WI 53029-8364 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Integrity Golf LLC<br>c/o Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Integrity Golf, LLC<br>27884 Del Rio Rd<br>Temecula, CA 92590-2674 |
| Jim Pippen<br>1814 SW Remington Ranch Dr.<br>Powell Butte, OR 97753-1844 | John Bradley<br>PO Box 764<br>Lake Oswego, OR 97034-0076 | John Bradley Trust<br>PO Box 764<br>Lake Oswego, OR 97034-0076 |
| John Shaw<br>223 S. Prairieville<br>Athens, TX 75751-2541 | John Shaw c/o<br>Martin R. Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St, Ste 302<br>Athens, TX 75751-2576 | John Shaw c/o<br>Martin Ray Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St., Ste 302<br>Athens, TX 75751-2576 |
| John Staenburg<br>100 4th Ave., N., Ste 550<br>Seattle, WA 98109-4983 | Kenneth Elbert<br>c/o Ronald T Adams<br>805 SW Broadway #1900<br>Portland OR 97205-3359 | Kleinfelder<br>c/o Annette Rustung<br>5015 Shoreham Pl<br>San Diego CA 92122-5926 |
| (c)LARRY RODGERS DESIGN GROUP INC.<br>3333 S WADSWORTH BLVD UNIT D318<br>LAKEWOOD CO 80227-5165 | Lucio Dalla Gasparina<br>PO Box 447<br>Rutherford, CA 94573-0447 | Mark Bocci<br>385 1st St., Ste 215<br>Lake Oswego, OR 97034-3268 |
| Martin Tisthammer<br>8621 North Ryegrass Way<br>Prineville, OR 97754-8302 | Miller Nash LLP<br>1567 SW Chandler Ave.,<br>Bend, OR 97702-3257 | Mobile Mini USA<br>c/o Greg A. Pfister<br>720 SW Washington St. #750<br>Portland, OR 97205-3509 |
| Mobile Mini, Inc<br>7420 S. Kyrene Rd., Ste 101<br>Tempe, AZ 85283-4678 | Ned & Margie Buhler<br>6543 S. Gozzer Rd<br>Harrison, ID 83833-5022 | Norman Daniels<br>1321 SE 7th Court<br>Vancouver, WA 98664 |
| Out Door Solutions Inc<br>c/o Todd Beld RA<br>POB 2721<br>Palm Desert CA 92261-2721 | PIP Golf<br>c/o James Pippin<br>1814 SW Remington Ranch Dr.<br>Powell Butte, OR 97753-1844 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Pacific Power<br>POB 25308<br>Salt Lake City UT 84125-0308 | Perkins Coie LLP<br>Attn: Jeanette L. Thomas<br>1120 N.W. Couch St., 10th Fl.<br>Portland, OR 97209-4128 | Peter & Jan Jacobsen<br>3461 Bonita Way, Ste 204<br>Bonita Springs, FL 34134-4378 |

| | | |
|---|---|---|
| Peter Jacobsen<br>2771 Marina Point Dr.<br>Bonita Springs, FL 34134 | Pinnacle Design Co<br>74-020 Alessandro #E<br>Palm Desert CA  92260-3707 | Pippin Family LLC<br>383 SW Bluff Dr., #206<br>Bend, OR 97702 |
| Pitney Bowes<br>Bkcy Dept<br>27 Waterview Dr<br>Shelton CT 06484-4301 | Pitney Bowes Global Financial Svcs<br>Pitney Bowes Inc<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Porsche Payment Center<br>PO Box 740724<br>Cincinnati, OH 45274-0724 |
| Porterfield Design<br>842 NW Columiba St<br>Bend, OR 97701-2411 | Quality Drilling & Blasting, LLC<br>65125 Hunnell Road<br>Bend, OR 97701-8136 | Qwest<br>PO Box 12480<br>Seattle, WA 98111-4480 |
| Qwest Corporation<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver CO 80202-2609 | Rain for Rent<br>11035 NE Marx ST<br>Portland, OR 97220-1035 | Renaissance Golf Design, LLC<br>Tom Doak<br>530 E. Eighth St.<br>Traverse City, MI 49686-2629 |
| Richard Cain/Dale Tompkins<br>12837 SW Cornett LP<br>Powell Butte OR 97753-1817 | Richard M. Cain<br>13717 SW Houston Lake Road<br>Powell Butte, OR 97753-1818 | Robin Goffrier<br>2250 S. Moritz Loop<br>West Linn, OR 97068 |
| SWCA, Inc.<br>PO Box 92170<br>Elk Grove Village, IL 60009-2170 | Security Pros Inc<br>389 SW Scalehouse Ct #130<br>Bend  OR 97702-3241 | Simplot Partners<br>Dept. #1136<br>Los Angeles, CA 90084-0001 |
| State Farm Insurance<br>215 East First Street<br>Newberg, OR 97132-2939 | Stroemple Deferred Contract<br>Central Oregon Land LLC<br>PO Box 1810<br>Lake Oswego, OR 97035-0010 | SunWest Builders<br>PO Box 489<br>Redmond, OR 97756-0092 |
| T-Mobile<br>PO Box 660252<br>Dallas, TX 75266-0252 | Tapestry Blue LLC<br>3214 NE 42nd St #C<br>Vancouver WA 98663-3720 | Textron Financial Corp<br>c/o Michael Fletcher Tonkon Torp LLP<br>888 SW 5th Ave<br>Portland OR 97204-2012 |
| The Morrow Family Rev. Trust<br>79390 Tom Fazio Lane South<br>La Quinta, CA 92253-8001 | Tisthammer/Paine<br>Bernard & Linda Paine<br>130 Country Club Dr.<br>Whitney, TX 76692-4636 | Tony Margolis<br>586 Round Hill Road<br>Greenwich, CT 06831-2724 |
| Triage California Development LLC<br>385 1st Street, Ste 215<br>Lake Oswego, OR 97034-3268 | Trifecta 1000 LLC<br>385 1st St., Ste 215<br>Lake Oswego, OR 97034-3268 | Two Tommy, LLC<br>586 Round Hill Rd<br>Greenwich, CT 06831-2724 |

| | | |
|---|---|---|
| US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | United Pipe & Supply<br>PO Box 6326<br>Portland, OR 97228-6326 | United Pipe & Supply Co., Inc.<br>c/o Mitchell Law Office LLC<br>PO Box 14247<br>Porltand, OR 97293-0247 |
| W&H Pacific<br>123 SW Columbia St., Ste 100<br>Bend, OR 97702-3609 | WHPacific, Inc.<br>Attn:  Barry Johnson<br>123 SW Columbia Street<br>Bend, OR 97702-3608 | Western Communications<br>PO Box 6020<br>Bend, OR 97708-6020 |
| Western Equipment Distributors<br>20224 80th Ave. S.<br>Kent, WA 98032-1288 | Winchester DEvelopment<br>c/o John Shaw<br>223 S. Prairieville<br>Athens, TX 75751-2541 | CHAD M STOKES<br>1001 SW 5th Ave #2000<br>Portland, OR 97204-1136 |
| J STEPHEN WERTS<br>1001 SW 5TH AVE #2000<br>PORTLAND, OR 97204-1136 | Jack L Meligan<br>1800 Blankenship Rd #160<br>West Linn, OR 97068-4173 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Elan Financial Services<br>as servicer for Columbia River Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | IRS<br>PO Box 21126<br>Philadelphia, PA  19114 | (d)IRS<br>POB 21126<br>Philadelphia PA  19114 |
| Pacific Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Larry Rodgers Design Group Inc.
3333 South Wadsworth Blvd, Ste 318
Denver, CO 80227

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FMCC | (u)General Electric Capital Corporation | (u)Hart Howerton LTD |
| (u)Hooker Creek Companies LLC | (u)Integrity Golf LLC | (u)Textron Financial Corporation |
| (d)Integrity Golf, LLC<br>c/o Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | (d)John Shaw c/o<br>Martin R. Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St., Ste 302<br>Athens, TX 75751-2576 | (u)REMINGTON RANCH, LLC  -  10-30406 |
| (d)Wilbur-Ellis Company<br>1101 N Argonne Rd #213<br>Spokane Valley WA 99212-2699 | (d)Brian Depolo<br>Hart Howerton Ltd<br>One Union St #3<br>San Francisco, CA 94111-1223 | (u)Catherine E. (Cate) Cushman |
| (u)Kenneth Elbert | End of Label Matrix<br>Mailable recipients    130<br>Bypassed recipients     13<br>Total                  143 | |