| | | |
|---|---|---|
| 10/18/2010 | **MONDAY** | Judge Elizabeth L Perris |
| 01:30 PM<br>MM/TEL | ■ 10-30406 elp 11 | Remington Ranch, LLC |

2.) Third Amended Disclosure Statement Filed by Debtor Remington Ranch, LLC (STOKES, CHAD) (212)

3.) Notice of Final Hearing and Motion For Authority to Obtain Credit. Filed by Debtor Remington Ranch, LLC Hearing Scheduled for 10/18/2010 at 01:30 PM at Courtroom #1, Portland. (STOKES, CHAD) (219)

CHAD M STOKES
J STEPHEN WERTS

**Evidentiary Hearing:**    Yes: ☐    No: ☐

#3 — Motion GRANTED.
#2 — Construction loan/bridge loan explanation: (1) to provide a backstop to the construction loan, and (2) to allow flexibility to get a different construction loan.
- Zoning — overruled.
- Hooker Creek — p20 DS, p16 Plan, adjust for AP Ruling.
- By 10/25/10 will file a modified DS.

_Werts_ _____ to prepare order.

DOCKET ENTRY:

Run Date: 10/12/2010

In Re:

Remington Ranch LLC
R. Ranch LLC v Hooker Creek Cos. LLC

Debtor.

Case No. 10-30406-elp11 +
10-3093-elp

List of Persons Attending

10/18, 2010

ATTENTION: FAILURE TO INCLUDE COMPLETE ADDRESS WILL RELIEVE THE COURT OF THE RESPONSIBILITY TO NOTIFY YOU OF ANY CONTINUED HEARING IN THIS MATTER!!

| PRINT YOUR NAME | NAME OF BUSINESS OR PERSON YOU REPRESENT | MAILING ADDRESS |
|---|---|---|
| James M. Pippin | Remington Ranch | 1814 Remington Ranch Dr, Powell Butte, OR 97753 |
| Shannon Martinez | Columbia State Bank | |
| Steve Werts | Debtor | |
| Chad Stokes | " | |
| Glenn M Kotara | Destination Resort Mngp | 56875 West Pine Dr Bend 97707 |
| Kevin Warner | Self | 1744 SE Condor Av. Gresham |
| Bill Huycke | SFLT Corp Industry Buy/Fonder | 3214 N.E. 42nd St, Vanc. WA 98663 |
| Martin Hansen (on phone) | Hooker Creek | |
| Mike McGean (on phone) | Hooker Creek | |
| Scott Carlson | Hooker Creek | |
| Pam Griffith - on phone | UST | |
| Howard Levine | Integrity Golf | 1000 SW Bwy #1100, 97205 |