**DISTRICT OF OREGON**

**F I L E D**

**March 02, 2011**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

*Elizabeth L Perris*
ELIZABETH PERRIS
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No.  10-30406-elp11 |
| | ) | |
| REMINGTON RANCH, LLC, | ) | ORDER ON WITHDRAWAL OF PLAN |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

This matter came before the Court for a status hearing on February 25, 2011, at 11:30 a.m.  Debtor appeared through Stephen Werts and Chad Stokes.  General Electric Capital Corporation appeared through John Weil.  Kenneth Elbert appeared.  Catherine E. Cushman appeared through Christopher R. Ambrose.  Hart, Howerton Ltd. appeared through Kenneth P. Childs.  Hooker Creek Companies, LLC appeared through Martin E. Hansen.  Integrity Golf LLC appeared through Howard M. Levine.  Columbia State Bank appeared through Shannon R. Martinez and Erich Paetsch.

The Debtor informed the Court that debtor wishes to withdraw its Fourth Amended Plan, and to file a motion for an auction under 11 USC §363 instead.  The Court being duly advised,

IT IS HEREBY ORDERED:

1.      Debtor's Fourth Amended Plan is withdrawn;

2.      The Confirmation Hearing scheduled to begin March 7, 2011 is cancelled;

3.      Debtor shall file its motion for a sale under 11 USC §363 by March 28, 2011.

# # #

Submitted by:
FRANCIS HANSEN & MARTIN LLP

/s/ Michael H. McGean
Michael H. McGean, OSB #00473
Attorney for Hooker Creek Companies, LLC
 (541) 389-5010
(541) 382-7068 (fax)
mike@francishansen.com

cc:

RONALD T ADAMS on behalf of Creditor Kenneth Elbert rta@bhlaw.com

CHRISTOPHER R AMBROSE on behalf of Creditor Catherine Cushman
crambrose@ambroselaw.com

KENNETH P CHILDS on behalf of Creditor Hart Howerton LTD kpchilds@stoel.com

TIMOTHY J CONWAY on behalf of Creditor Textron Financial Corporation
tim.conway@tonkon.com

HOWARD M LEVINE on behalf of Creditor Integrity Golf LLC
hlevine@sussmanshank.com

SHANNON R MARTINEZ on behalf of Creditor Columbia River Bank
smartinez@sglaw.com,  epaetsch@sglaw.com

CHAD M STOKES on behalf of Debtor  Remington Ranch, LLC
cstokes@cablehuston.com

US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov

JOHN W WEIL on behalf of Creditor General Electric Capital Corporation
bmail@hooplaw.com

J STEPHEN WERTS on behalf of Debtor Remington Ranch, LLC
swerts@cablehuston.com