Martin E. Hansen, OSB #80052
meh@francishansen.com
Michael H. McGean, OSB #00473
mike@francishansen.com
FRANCIS HANSEN & MARTIN LLP
1148 NW Hill Street
Bend, OR 97701
(541) 389-5010
(541) 382-7068 (fax)
Attorney for Hooker Creek Companies, LLC

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No.    10-30406-elp11 |
| REMINGTON RANCH, LLC, | MOTION TO DISMISS FILED BY HOOKER CREEK COMPANIES, LLC |
| Debtor. | |

**MOTION TO DISMISS**

Hooker Creek Companies LLC hereby moves the Court for an Order dismissing this case for cause pursuant to 11 U.S.C. §1112(b) on the grounds that dismissal is in the best interests of the parties.

This Motion is supported by the Memorandum of Points and Authorities filed herewith.

DATED this 16th day of March 2011.

FRANCIS HANSEN & MARTIN LLP

/s/ Martin E. Hansen
MARTIN E. HANSEN, OSB #80052
(541) 389-5010
Attorneys for Hooker Creek Companies, LLC

Page 1 of 1    HOOKER CREEK COMPANIES, LLC'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I Regina Paul certify as follows:

I am employed in the County of Deschutes, State of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1148 NW Hill Street, Bend, Oregon 97701, in said County and State.

I certify that on March 16, 2011, I caused to be served a full and correct copy of the foregoing **MOTION TO DISMISS FILED BY HOOKER CREEK COMPANIES, LLC** to all ECF participants as indicated on the Court's Cm/ECF system as follows:

- RONALD T ADAMS    rta@bhlaw.com, tl@bhlaw.com;docketing@bhlaw.com
- CHRISTOPHER R AMBROSE    crambrose@ambroselaw.com, dmharary@ambroselaw.com;talorence@ambroselaw.com;clhill@ambroselaw.com
- KENNETH P CHILDS    kpchilds@stoel.com, cejordan@stoel.com;docketclerk@stoel.com
- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- SUSAN T FELSTINER    sfelstiner@cablehuston.com, kislas@cablehuston.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- MARTIN E HANSEN    meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;regina@francishansen.com
- HOWARD M LEVINE    hlevine@sussmanshank.com, janine@sussmanshank.com
- SHANNON R MARTINEZ    smartinez@sglaw.com, epaetsch@sglaw.com
- MICHAEL H McGEAN    mike@francishansen.com, regina@francishansen.com
- GREG A PFISTER    pfistor@att.net
- CHAD M STOKES    cstokes@cablehuston.com, swerts@cablehuston.com;dalbin@cablehuston.com;kislas@cablehuston.com;bberselli@cablehuston.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**CERTIFICATE OF TRUE COPY AND SERVICE**

- JOHN W WEIL     bmail@hooplaw.com, tgranados@hooplaw.com
- J STEPHEN WERTS    swerts@cablehuston.com, dalbin@cablehuston.com;cstokes@cablehuston.com;kislas@cablehuston.com

I further certify that on March 16, 2011, I caused to be served a full and correct copy of the foregoing **MOTION TO DISMISS FILED BY HOOKER CREEK COMPANIES, LLC** by causing a full, true, and correct copy thereof to be sent by mailing in a sealed envelope, addressed to the last-known office address of the party, and deposited with the United States Postal Service at Bend, Oregon.

Brian Depolo
Hart Howerton Ltd
One Union St #3
San Francisco, CA 94111

Destination Resort Group
c/o Glenn M Kotara
56875 Nest Pine Dr
Bend, OR 97707

Jack L Meligan
1800 Blankenship Rd #160
West Linn, OR 97068

Wilbur-Ellis Company
1101 N Argonne Rd #213
Spokane Valley, WA 99212-2699

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 16th day of March 2011.

                                                    /s/ Regina Paul
                                            Regina Paul, Legal Assistant

**CERTIFICATE OF TRUE COPY AND SERVICE**



**FRANCIS HANSEN & MARTIN LLP**
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM