UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
Remington Ranch, LLC ) Case No. **10-30406-elp11**
)
) NOTICE OF *FINAL*
) HEARING ON MOTION
) ☐ FOR USE OF CASH COLLATERAL
) ☒ TO OBTAIN CREDIT
Debtor(s) ) *(Check One)*

YOU ARE NOTIFIED THAT:

1. The undersigned moving party, **Chad M. Stokes, attorney for Debtor**_____, filed a Motion ☐ For Use of Cash Collateral ☒ To Obtain Credit *(check one)*. A copy of the motion, which INCLUDES the statement required by Local Form #541.7, is attached.

2. The name and service address of the moving party's attorney (or moving party, if no attorney) are: **Chad M. Stokes, 1001 SW 5th Ave., Ste 2000, Portland OR 97204**_____.

3. A *FINAL* HEARING on the motion WILL BE HELD ON ____**05/11/11**____ AT ____**10:00 A.M.**____ IN **Courtroom #1, U.S. Bankruptcy Court, 1001 SW 5th Avenue, Portland, OR  97204**_____, and testimony will be received if offered and admissible.

4. If you WISH TO OBJECT to the motion, YOU SHALL, WITHIN 10 DAYS OF THE SERVICE DATE SHOWN in pt. 5 BELOW, FILE with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), BOTH: (1) a written response, which states the facts upon which you will rely, AND (2) a certificate showing a copy of the response has been served on the U.S. Trustee and the party named in pt. 2 above. See Local Form #541.50 for details.

5. On ____**04/20/11**____ copies of BOTH this notice AND the motion, were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

/s/ Chad M. Stokes
Signature

(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541 (12/1/09)    **Local Form #541.50 ATTACHED IF this NOTICE served on PAPER**

## "MEET-ME" STYLE TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

1. **YOU MUST CALL IN AND CONNECT** to the "Meet-Me" telephone hearing line **NO LATER THAN THE HEARING TIME set in the enclosed notice**. When connected, **ENTER** the 3-digit *ID No.* **in the enclosed notice** *followed by* the **"#"** key, or personally appear in the judge's courtroom. The court will **NOT** call the parties. [NOTES: (a) Do NOT call more than 5 minutes before the hearing; AND (b) If you have problems connecting, call the court at either 503-326-1510 for a PORTLAND office case OR 541-431-4005 for a EUGENE office case.]

2. **DO NOT USE** a SPEAKER PHONE, CELL PHONE **OR** HEADSET! You may be asked to call from another telephone if your phone causes static or has excessive background noise, etc., or the signal is weak or drops.

3. You must take all necessary steps to ELIMINATE BACKGROUND NOISE, such as shutting the door, turning off music, not putting the court on hold if it will result in music or other noise, not talking to third parties, using a "Do Not Disturb" button so the telephone/intercom will not ring, positioning the telephone to minimize paper rustling, and keeping all nonparticipants in the room quiet.

4. DO NOT introduce yourself until the court calls your specific hearing. Simply stay on the line, even if there is only silence, until the judge appears, and then continue to listen quietly until your hearing is called.

5. Whenever speaking, you must first identify yourself.

6. DO NOT be late. The judge will handle late calls the same as (s)he would a late appearance in court. If the case has already been called, the judge will likely decline to revisit any decision that was made when the case was called. Failure of the movant/plaintiff to appear at the scheduled time may result in denial of the relief requested, and failure of the respondent/defendant may result in the court granting the relief requested.

Clerk, U.S. Bankruptcy Court

Meet-Me (8/8/08)

J. Stephen Werts, OSB No. 743378
E-mail address: swerts@cablehuston.com
Chad M. Stokes, OSB No. 004007
E-mail address: cstokes@cablehuston.com
R. Brent Berselli, OSB No. 092832
E-mail address: bberselli@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
Suite 2000, 1001 SW Fifth Avenue
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176
            Of Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON RANCH,<br><br>Debtor. | Case No.  10-30406-elp11<br><br>**DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING**<br><br>**EXPEDITED HEARING REQUESTED** |

Remington Ranch, LLC, the debtor and debtor-in-possession (the "Debtor") in this Chapter 11 case hereby moves the Court (the "Motion") for an interim order and a final order, pursuant to Sections 105 and 364 of Title 11 of the United States Code, and Rule 4001 of the Federal Rules of Bankruptcy Procedure, authorizing Debtor to enter into a Post-Petition Loan Agreement with James M. Pippin (the "Lender") in the form attached as Exhibit 1. Debtor also respectfully requests an order: (a) granting an administrative expense status to Lender; and (b) scheduling interim and final hearings pursuant to Bankruptcy Rule 4001 with respect to this

Page 1 – **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING**

Motion.

Debtor requests expedited consideration of this Motion because the deadline (of which Debtor has requested an extension) to file Debtor's 2010 federal tax return is April 18, 2011, and Debtor requires post-petition financing to pay its accounting firm, JP Accounting & Bookkeeping ("JP Accounting") in a timely manner so that JP Accounting may prepare and file Debtor's tax return prior to the expiration of the extension of time to file.

Debtor requests that the Court permit **out of town counsel** to appear at the hearing on this motion via the Bankruptcy Court's **"Meet Me" telephone number** by dialing **(503) 326-6337, ID code 111#.** Counsel is instructed to consult the "Meet Me" Style Telephone Hearing Requirements attached to the Notice of Final Hearing on Motion to Obtain Credit.

In support of this Motion, Debtor states as follows:

## JURISDICTION

1. On January 21, 2010 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Debtor is an Oregon limited liability company that owns 2,080 acres of zoned destination resort land in Powell Butte, Oregon, which presently includes a fully completed sales center and a partially constructed golf course, including the supporting infrastructure (the "Property").

3. Debtor is in possession of the Property and is continuing to operate and manage the Property as a debtor-in-possession pursuant to Section 1107 and 1108 of Title 11 of the United States Code.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

Page 2 – **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING**

## BACKGROUND

5. Lender is willing to provide $4,000 as post-petition financing subject to certain terms and conditions for the purpose of employing JP Accounting & Bookkeeping ("JP Accounting") to prepare Debtor's 2010 tax returns. A budget (the "Budget") for use of the funds is attached as Exhibit 2.

## RELIEF REQUESTED

6. By this Motion, Debtor seeks an Interim and Final Order:

   a. Pursuant to 11 U.S.C. § 364(c)(1) and (c)(2), authorizing Debtor to enter into the Post-Petition Loan Agreement, attached as Exhibit 1, with Lender to obtain post-petition financing in the amount of $4,000 for the purpose of paying JP Accounting to prepare Debtor's 2010 tax returns.

   b. Authorizing Debtor to spend funds from the post-petition financing as provided in the Budget attached as Exhibit 2.

   c. Scheduling a final hearing on this Motion pursuant to Bankruptcy Rule 4001.

## BASIS AND JUSTIFICATION FOR RELIEF

7. Debtor has an immediate need to obtain post-petition financing to pay JP Accounting to prepare Debtor's 2010 tax returns. Without immediate access to the post-petition financing, Debtor will not be able pay for these necessary tax return preparation services, and the value of Debtor's Property may be impaired.

## POST-PETITION FINANCING TERMS AND CONDITIONS

8. Lender has agreed to make a post-petition advance of $4,000 to Debtor with interest thereon at the rate of six percent (6%) per annum until paid.

//

Page 3 – DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OREGON 97204-1136
TELEPHONE (503) 224-3092, FACSIMILE (5030 224-3176

9. All post-petition financing from Lender shall be given an administrative expense status, subordinate only to the U.S. Trustee fees and professional fees.

10. The terms and conditions of the Post-Petition Loan Agreement between Lender and Debtor are fair and reasonable in the current market considering Debtor's financial circumstances.

11. Good cause exists for approval of the Post-Petition Loan Agreement on the terms and conditions described above and for the entry of an Interim Order, in the form attached as Exhibit 3. Entry of an Interim Order will permit Debtor to pay JP Accounting to perform necessary tax return preparation services and preserve the value of the Property as a going concern.

12. This Motion does not seek approval for any of the provisions in LBF 541.7.

WHEREFORE, Debtor respectfully requests entry of an interim and final order granting the relief described above, and such other relief as the Court may deem proper.

DATED this 20th day of April, 2011.

    Respectfully submitted,

    CABLE HUSTON BENEDICT
    HAAGENSEN & LLOYD LLP

    /s/ Chad M. Stokes
    J. Stephen Werts, OSB No. 743378
    Chad M. Stokes, OSB No. 004007
    R. Brent Berselli, OSB No. 092832
    Of Attorneys for Debtor

Page 4 – **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING**

# EXHIBIT 1

# PROMISSORY NOTE FOR POST-PETITION FINANCING

$4,000                                                                                                  Portland, Oregon
April ____, 2011

## RECITALS

A. WHEREAS Remington Ranch, LLC ("Debtor") is an Oregon limited liability company that owns 2,080 acres in Powell Butte, Oregon of zoned destination resort land, which presently includes a fully completed sales center and a partially constructed golf course, including the supporting infrastructure.

B. WHEREAS On January 21, 2010 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

C. WHEREAS James M. Pippin ("Lender") is willing to provide $4,000 in Post-Petition Financing to pay JP Accounting & Bookkeeping to prepare and file Debtor's 2010 tax returns on certain terms and conditions.

## AGREEMENT

For value received, the undersigned promises to pay to the order of James M. Pippin the principal sum of FOUR THOUSAND DOLLARS ($4,000) together with interest thereon at the rate of six percent (6%) per annum from the date of this Promissory Note (the "Note") through the date when the Note is fully paid.

Lender is granted an administrative expense subordinate only to the U.S. Trustee fees and professional fees.

REMINGTON RANCH, LLC

By:_____
Name:_____
Its:_____

EXHIBIT 1
Page 1 of 1

**EXHIBIT 2**

**Remington Ranch**
2011 Chapter 11 Budget
April 20, 2011

| **Expenses** | **Purpose** | **April 2011** |
|---|---|---|
| JP Accounting & Bookkeeping | Prepare and file Debtor's 2010 tax returns | $4,000 |
| **TOTAL** | | **$4,000** |

EXHIBIT 2
Page 1 of 1

**EXHIBIT 3**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>REMINGTON RANCH, LLC,<br><br>Debtor. | Case No. 10-30406-elp11<br><br>ORDER ON DEBTOR'S MOTION FOR INTERIM ORDER TO SECURE POST-PETITION FINANCING |

THIS MATTER, having come before the Court on the Motion of Remington Ranch, LLC, debtor and debtor-in-possession ("Debtor") in this Chapter 11 case, to approve post-petition financing, and the Court having heard and considered the arguments of counsel and all relevant pleadings, exhibits and documents of record in this case, now therefore the Court hereby finds and concludes:

IT IS HEREBY ORDERED AS FOLLOWS:

1.   Subject to the terms of this Order, Debtor's Motion is approved.

2.   The Court grants Debtor's Motion authorizing Debtor to enter into the post-petition Promissory Note (attached as Exhibit 1 to the Motion) with Lender to obtain post-

Page 1   -   ORDER ON DEBTOR'S MOTION TO SECURE POST-PETITION FINANCING

petition financing of $4,000 to pay JP Accounting & Bookkeeping ("JP Accounting") to prepare Debtor's 2010 tax returns.

       3.      Debtor is authorized to spend funds from the post-petition financing as provided in the Budget attached to this Order.

# # #

**PRESENTED BY:**

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

/s/ Chad M. Stokes
J. Stephen Werts, OSB No. 743378
Chad M. Stokes, OSB No. 004007
R. Brent Berselli, OSB No. 092832
1001 S.W. Fifth Avenue, Suite 2000
Portland, OR  97204-1136

Attorneys for Debtor

cc:    List of Interest Parties
        *US Trustee
        USTPRegion18.PL.ECF@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS TO SECURE POST-PETITION FINANCING** on:

- Ronald T. Adams – rta@bhlaw.co, tl@bhlaw.com;
- Christopher R. Ambrose – crambrose@ambroselaw.com
- Kenneth P. Childs – kpchilds@stoel.com, erheaston@stoel.com;
- Timothy J. Conway – tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- Michael W. Fletcher – Michael.fletcher@tonkon.torp
- Martin Hansen for creditor Hooker Creek Co. LLC – meh@francishansen.com
- Howard M. Levine – howard@sussmanshank.com
- Shannon Martinez for creditor Columbia River Bank – smartinez@sglaw.com
- Michael H. McGean – mike@francishansen.com, regina@francishansen.com
- US Trustee, Portland, USTPRegion18.PL.ECF@usdoj.gov
- John Weil for creditor General Electric Capital Corp. – bmail@hooplaw.com

[X]    by the US Bankruptcy Court's **ECF noticing system**, a full, true and correct copy thereof to the party, at the **e-mail address shown above**, on the date set forth below.

**AND by:**

[X]    by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as indicated **ON THE ATTACHED**, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below;

DATED April 20, 2011.

                              /s/ Chad M. Stokes
                              J. STEPHEN WERTS, OSB No. 743378
                              CHAD M. STOKES, OSB No. 004007
                              R. BRENT BERSELLI, OSB No. 092832
                              Of Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 10-30406-elp11<br>District of Oregon<br>Portland<br>Tue Apr 12 13:31:42 PDT 2011 | Columbia River Bank | Columbia State Bank |
| Destination Resort Group<br>c/o Glenn M Kotara<br>56875 Nest Pine Dr<br>Bend, OR 97707-2076 | Remington Ranch, LLC<br>1814 SW Remington Ranch Dr.<br>Powell Butte, OR 97753-1844 | Wilbur-Ellis Company<br>1101 N Argonne Rd #213<br>Spokane Valley, WA 99212-2699 |
| 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Andy Bryant<br>221 Southwest Moonridge Place<br>Portland, OR 97225-6467 |
| Anita & Christopher Manns<br>14811 NE 64th St.<br>Redmond, WA 98052-4746 | Avion Water Co.<br>60813 Parrell Road<br>Bend, OR 97702-2599 | Azure Global Real Estate Fund LP<br>Compass Azure Fund Managers<br>1125 NW Couch St., Ste 840<br>Portland, OR 97209-4129 |
| Ball Janik LLP<br>101 SW Main St., Ste 1100<br>Portland, OR 97204-3219 | Ball Janik LLP<br>c/o Brad T. Summers<br>101 SW Main St #1100<br>Portland, OR 97204-3219 | Bank of America Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| Bernard & Linda Paine<br>130 Country Club Dr.<br>Whitney, TX 76692-4636 | Bittner & Hahs, P.C.<br>c/o J Terrence Bittner<br>4949 SW Meadows Rd., Ste 260<br>Lake Oswego, OR 97035-3157 | Brian Depolo<br>Hart Howerton Ltd<br>One Union St #3<br>San Francisco CA 94111-1223 |
| Bullivant Houser Bailey PC<br>Attn Steve Uriguen<br>300 Pioneer Tower<br>888 SW Fifth Ave<br>Portland, OR 97204-2089 | Cascade Design Center<br>1805 NE Hwy 20<br>Bend, OR 97701-4832 | Catherine Cushman<br>c/o Christopher R Ambrose<br>312 NW 10th Ave #200<br>Portland OR 97209-3121 |
| Central Oregon Land, LLC<br>c/o Douglas R. Pahl<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128 | Central Petroleum Services, Inc.<br>PO Box 5684<br>Bend, OR 97708-5684 | Charlie Denson<br>2820 SW Labbe Avenue<br>Portland, OR 97221-3241 |
| Christopher Pippin<br>63143 Dakota Drive<br>Bend, OR 97701-7747 | Clear Fir Partners LP<br>4951 NE Laurelcrest Ln<br>Seattle WA 98105-5244 | Cohen & Bender<br>12400 Wilshire Blvd, Ste 310<br>Los Angeles, CA 90025-1046 |
| Columbia River Bank<br>925 SW Emkay Dr., Ste 100<br>Bend, OR 97702-1114 | Columbia State Bank<br>Successor in Interest to Columbia River<br>c/o Erich M. Paetsch<br>P.O. Box 470<br>Salem, OR 97308-0470 | Columbia State Bank<br>c/o Erich M. Paetsch<br>P.O. Box 470<br>Salem, OR 97308-0470 |

| | | |
|---|---|---|
| Columbia State Bank<br>c/o Erich M. Paetsch, Saalfeld Griggs, P<br>P.O. Box 470<br>Salem, OR 97308-0470 | Community Broadband<br>PO Box 1595<br>Redmond, OR 97756-0510 | Coyote Basin, LLC<br>393 SW Bluff Dr., #206<br>Bend, OR 97702 |
| Craig Kilpatrick<br>13790 NE O'Neil Hwy<br>Redmond, OR 97756-8969 | Crook County Tax Collector<br>200 NE 2nd St., Ste 100<br>Prineville, OR 97754-1996 | Cushman Note<br>60530 Sunset View Dr.<br>Bend, OR 97702-8108 |
| DVA Advertising & Public Relations<br>109 NW Greenwood, Ste 103<br>Bend, OR 97701-2081 | Dale Tompkins<br>12837 SW Cornett Loop<br>Powell Butte, OR 97753-1817 | Dennis Logan<br>77661 Paterson Ferry Road<br>Irrigon, OR 97844-7131 |
| Denny Denton<br>65823 Bearing Dr<br>Bend, OR 97701-0118 | Design Space<br>2235 Encinitas Blvd, #111<br>Encinitas, CA 92024-4356 | Design Space Modular Buildings Inc<br>POB 1847<br>Redmond OR 97756-0524 |
| Douglas Berry<br>1646 NW Steidl Road<br>Bend, OR 97701-1855 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Elbert Note<br>13755 SE 180th Ave<br>Boring, OR 97089-8279 |
| Fairway & Greene<br>PO Box 73<br>Brattleboro, VT 05302-0073 | Faulks Bros Construction Inc<br>E3481 Royalton St<br>Waupaca WI 54981-8847 | Fia Card Services NA<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Floregon Investment Company LLC<br>Attn: Mike O'Connell<br>9400 SW Barnes Rd., #550<br>Portland, OR 97225-6690 | Fluid Images<br>PO Box 3500<br>PMB 189<br>Sisters, OR 97759-3500 | Ford Credit<br>PO Box 7172<br>Pasadena, CA 91109-7172 |
| Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121-6275 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | GGL Architecture LLC<br>497 SW Century Drive, Ste 105<br>Bend, OR 97702-1167 |
| Garnish<br>PO Box 94<br>Bend, OR 97709-0094 | Glenn Kotara<br>56875 Nest Pine Drive<br>Bend, OR 97707-2076 | Greer, Mahr & Associates LLP<br>499 SW Upper Terrace Dr., Ste A<br>Bend, OR 97702-1582 |
| Harold Calderia<br>PO Box 57<br>Powell Butte, OR 97753-0057 | Hart Howerton Ltd<br>c/o Kenneth P Childs<br>Stoel Rives LLP<br>900 SW 5th Ave #2600<br>Portland OR 97204-1268 | Hooker Creek Companies LLC<br>POB 457<br>Bend OR 97709-0457 |

| | | |
|---|---|---|
| Hooker Creek Companies, LLC<br>c/o Francis Hansen & Martin LLP<br>1148 NW Hill Street<br>Bend, OR 97701-1914 | Horizon<br>261 N. Roosevelt Ave.<br>Chandler, AZ 85226-2616 | House of Carrington<br>1100 Cottonwood Ave, Ste 300<br>Hartland, WI 53029-8364 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Integrity Golf LLC<br>c/o Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Integrity Golf, LLC<br>27884 Del Rio Rd<br>Temecula, CA 92590-2674 |
| Jim Pippen<br>1814 SW Remington Ranch Dr.<br>Powell Butte, OR 97753-1844 | John Bradley<br>PO Box 764<br>Lake Oswego, OR 97034-0076 | John Bradley Trust<br>PO Box 764<br>Lake Oswego, OR 97034-0076 |
| John Shaw<br>223 S. Prairieville<br>Athens, TX 75751-2541 | John Shaw c/o<br>Martin R. Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St, Ste 302<br>Athens, TX 75751-2576 | John Shaw c/o<br>Martin Ray Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St., Ste 302<br>Athens, TX 75751-2576 |
| John Staenburg<br>100 4th Ave., N., Ste 550<br>Seattle, WA 98109-4983 | Kenneth Elbert<br>c/o Ronald T Adams<br>805 SW Broadway #1900<br>Portland OR 97205-3359 | Kleinfelder<br>c/o Annette Rustung<br>5015 Shoreham Pl<br>San Diego CA 92122-5926 |
| (c)LARRY RODGERS DESIGN GROUP INC.<br>3333 S WADSWORTH BLVD UNIT D318<br>LAKEWOOD CO 80227-5165 | Lucio Dalla Gasparina<br>PO Box 447<br>Rutherford, CA 94573-0447 | Mark Bocci<br>385 1st St., Ste 215<br>Lake Oswego, OR 97034-3268 |
| Martin Tisthámmer<br>8621 North Ryegrass Way<br>Prineville, OR 97754-8302 | Miller Nash LLP<br>1567 SW Chandler Ave.,<br>Bend, OR 97702-3257 | Mobile Mini USA<br>c/o Greg A. Pfister<br>720 SW Washington St. #750<br>Portland, OR 97205-3509 |
| Mobile Mini, Inc<br>7420 S. Kyrene Rd., Ste 101<br>Tempe, AZ 85283-4678 | Ned & Margie Buhler<br>6543 S. Gozzer Rd<br>Harrison, ID 83833-5022 | Norman Daniels<br>1321 SE 7th Court<br>Vancouver, WA 98664 |
| Out Door Solutions Inc<br>c/o Todd Beld RA<br>POB 2721<br>Palm Desert CA 92261-2721 | PIP Golf<br>c/o James Pippin<br>1814 SW Remington Ranch Dr.<br>Powell Butte, OR 97753-1844 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Pacific Power<br>POB 25308<br>Salt Lake City UT 84125-0308 | Perkins Coie LLP<br>Attn: Jeanette L. Thomas<br>1120 N.W. Couch St., 10th Fl.<br>Portland, OR 97209-4128 | Peter & Jan Jacobsen<br>3461 Bonita Way, Ste 204<br>Bonita Springs, FL 34134-4378 |

| | | |
|---|---|---|
| Peter Jacobsen<br>2771 Marina Point Dr.<br>Bonita Springs, FL 34134 | Pinnacle Design Co<br>74-020 Alessandro #E<br>Palm Desert CA 92260-3707 | Pippin Family LLC<br>383 SW Bluff Dr., #206<br>Bend, OR 97702 |
| Pitney Bowes<br>Bkcy Dept<br>27 Waterview Dr<br>Shelton CT 06484-4301 | Pitney Bowes Global Financial Svcs<br>Pitney Bowes Inc<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Porsche Payment Center<br>PO Box 740724<br>Cincinnati, OH 45274-0724 |
| Porterfield Design<br>842 NW Columiba St<br>Bend, OR 97701-2411 | Quality Drilling & Blasting, LLC<br>65125 Hunnell Road<br>Bend, OR 97701-8136 | Qwest<br>PO Box 12480<br>Seattle, WA 98111-4480 |
| Qwest Corporation<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver CO 80202-2609 | Rain for Rent<br>11035 NE Marx ST<br>Portland, OR 97220-1035 | Renaissance Golf Design, LLC<br>Tom Doak<br>530 E. Eighth St.<br>Traverse City, MI 49686-2629 |
| Richard Cain/Dale Tompkins<br>12837 SW Cornett LP<br>Powell Butte OR 97753-1817 | Richard M. Cain<br>13717 SW Houston Lake Road<br>Powell Butte, OR 97753-1818 | Robin Goffrier<br>2250 S. Moritz Loop<br>West Linn, OR 97068 |
| SWCA, Inc.<br>PO Box 92170<br>Elk Grove Village, IL 60009-2170 | Security Pros Inc<br>389 SW Scalehouse Ct #130<br>Bend OR 97702-3241 | Simplot Partners<br>Dept. #1136<br>Los Angeles, CA 90084-1136 |
| State Farm Insurance<br>215 East First Street<br>Newberg, OR 97132-2939 | Stroemple Deferred Contract<br>Central Oregon Land LLC<br>PO Box 1810<br>Lake Oswego, OR 97035-0010 | SunWest Builders<br>PO Box 489<br>Redmond, OR 97756-0092 |
| T-Mobile<br>PO Box 660252<br>Dallas, TX 75266-0252 | Tapestry Blue LLC<br>3214 NE 42nd St #C<br>Vancouver WA 98663-3720 | Textron Financial Corp<br>c/o Michael Fletcher Tonkon Torp LLP<br>888 SW 5th Ave<br>Portland OR 97204-2012 |
| The Morrow Family Rev. Trust<br>79390 Tom Fazio Lane South<br>La Quinta, CA 92253-8001 | The S&H Group Inc<br>3214 NE 42nd St #B<br>Vancouver WA 98663-3720 | Tisthammer/Paine<br>Bernard & Linda Paine<br>130 Country Club Dr.<br>Whitney, TX 76692-4636 |
| Tony Margolis<br>586 Round Hill Road<br>Greenwich, CT 06831-2724 | Triage California Development LLC<br>385 1st Street, Ste 215<br>Lake Oswego, OR 97034-3268 | Trifecta 1000 LLC<br>385 1st St., Ste 215<br>Lake Oswego, OR 97034-3268 |

| | | |
|---|---|---|
| Two Tommy, LLC<br>586 Round Hill Rd<br>Greenwich, CT 06831-2724 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | United Pipe & Supply<br>PO Box 6326<br>Portland, OR 97228-6326 |
| United Pipe & Supply Co., Inc.<br>c/o Mitchell Law Office LLC<br>PO Box 14247<br>Porltand, OR 97293-0247 | W&H Pacific<br>123 SW Columbia St., Ste 100<br>Bend, OR 97702-3609 | WHPacific, Inc.<br>Attn: Barry Johnson<br>123 SW Columbia Street<br>Bend, OR 97702-3608 |
| Western Communications<br>PO Box 6020<br>Bend, OR 97708-6020 | Western Equipment Distributors<br>20224 80th Ave. S.<br>Kent, WA 98032-1288 | Winchester DEvelopment<br>c/o John Shaw<br>223 S. Prairieville<br>Athens, TX 75751-2541 |
| CHAD M STOKES<br>1001 SW 5th Ave #2000<br>Portland, OR 97204-1136 | J STEPHEN WERTS<br>1001 SW 5th Ave #2000<br>Portland, OR 97204-1136 | Jack L Meligan<br>1800 Blankenship Rd #160<br>West Linn, OR 97068-4173 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Elan Financial Services<br>as servicer for Columbia River Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | IRS<br>PO Box 21126<br>Philadelphia, PA  19114 | (d)IRS<br>POB 21126<br>Philadelphia PA  19114 |
| Pacific Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Larry Rodgers Design Group Inc.
3333 South Wadsworth Blvd, Ste 318
Denver, CO 80227

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FMCC | (u)General Electric Capital Corporation | (u)Hart Howerton LTD |
| (u)Hooker Creek Companies LLC | (u)Integrity Golf LLC | (u)Mobile Mini, Inc.<br>c/o Greg A. Pfister<br>720 SW Washington St. #750<br>Portland97205 |
| (u)Textron Financial Corporation | (d)Destination Resort Group LLC<br>c/o Glenn M Kotara<br>56875 Nest Pine Drive<br>Bend, OR 97707-2076 | (d)Integrity Golf, LLC<br>c/o Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 |
| (d)John Shaw c/o<br>Martin R. Bennett<br>Kugle Skeltor & Bennett PC<br>130 E. Corsicana St., Ste 302<br>Athens, TX 75751-2576 | (u)REMINGTON RANCH, LLC  -  10-30406 | (d)Wilbur-Ellis Company<br>1101 N Argonne Rd #213<br>Spokane Valley WA 99212-2699 |
| (d)Brian Depolo<br>Hart Howerton Ltd<br>One Union St #3<br>San Francisco, CA 94111-1223 | (u)Catherine E. (Cate) Cushman | (u)Kenneth Elbert |

End of Label Matrix  
Mailable recipients    131  
Bypassed recipients     15  
Total                  146