| | | |
|---|---|---|
| 5/11/2011 | **WEDNESDAY** | Judge Elizabeth L Perris |
| 10:00 AM<br>MM/TEL | ■ 10-30406 elp 11 | Remington Ranch, LLC |

1.) Motion for Order (A) Approving Bid Procedures, (B) Approving Forms of Real Property Purchase Agreement, Sale Notice, and Sale Order, (C) Approving Sale of Property Free and Clear of Liens, Claims, and Encumbrances, and (D) Scheduling a Sale HearingDate to Consider Final Approval of Sale Filed by Debtor Remington Ranch, LLC (Attachments: # (1) Exhibit A-E and Certficate of Service) (WERTS, J) (272)

2.) Notice of Final Hearing and Motion For Authority to Obtain Credit. Filed by Debtor Remington Ranch, LLC Hearing Scheduled for 5/11/2011 at 10:00 AM at Courtroom #1,Portland. (STOKES, CHAD) (274)

3.) Final Hrg on Motion to Dismiss Case. Filed by Creditor Hooker Creek Companies LLC (HANSEN, MARTIN) (268)

| | |
|---|---|
| Remington Ranch, LLC - db | CHAD M STOKES |
| | J STEPHEN WERTS |
| Catherine E. (Cate) Cushman - cr | CHRISTOPHER R AMBROSE |
| Hooker Creek Companies LLC - cr | MARTIN E HANSEN |
| Columbia River Bank - cr | SHANNON R MARTINEZ |

**Evidentiary Hearing:**   Yes: ☐   No: ☐

#1 - withdrawn

#2 - by 6/10/11 Bank must provide a written carve out agreement for an amount that will benefit creditors or case will be dismissed.

If written Bank commitment provided by 6/10/11 Cont hearing 6/15/11 1:30 pm. Parties advised that only choices are 7 or dismissal.

#2 - court to advise parties in writing

Order to be prepared by:   ☐ clerk's office   ☐ chambers   ☐ _____

DOCKET ENTRY:

Run Date: 5/3/2011

**In Re:**

Remington Ranch

**Debtor.**

Case No. 10-30406

## List of Persons Attending

5/11, 20 11

ATTENTION: FAILURE TO INCLUDE COMPLETE ADDRESS WILL RELIEVE THE COURT OF THE RESPONSIBILITY TO NOTIFY YOU OF ANY CONTINUED HEARING IN THIS MATTER!!

| PRINT YOUR NAME | NAME OF BUSINESS OR PERSON YOU REPRESENT | MAILING ADDRESS |
|---|---|---|
| Martin E. Hansen | Hooker Creek | 1148 Hill St Bend |
| Scott Carlson | Hooker Creek | 95 Scale house loop Bend |
| Erich Paetsch | Columbia State Bank | PO Box 470 Salem OR 97302 |
| Steve Werts | Debtor | |
| Chad Stokes | " | |
| Brent Bercelli | " | |
| Vivienne Popperl | UST | 620 SW Main #213 |