6/15/2011                  **WEDNESDAY**                  **Judge Elizabeth L Perris**

01:30 PM     ■ 10-30406 elp 11     Remington Ranch, LLC
CR 1

                 **1.) Continued Hearing On Motion To Dismiss Case**

| Party | Counsel |
|---|---|
| Remington Ranch, LLC - db | CHAD M STOKES |
|  | J STEPHEN WERTS |
| Kenneth Elbert - cr | RONALD T ADAMS |
| Textron Financial Corporation - cr | TIMOTHY J CONWAY |
| Hooker Creek Companies LLC - cr | MARTIN E HANSEN |
| Columbia River Bank - cr | SHANNON R MARTINEZ |
| Hooker Creek Companies LLC - cr | MICHAEL H McGEAN |

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Cont to 6/29/11 2:30pm. Notice given. A written commitment must be filed by COB on 6/27/11. Told parties case will be converted to Chapter 7 if not dismissed.

Order to be prepared by:     ☐ clerk's office     ☐ chambers     ☐ _____

DOCKET ENTRY:

Run Date: 6/9/2011

In Re: Remington Ranch LLC )
)
) Case No. 10-30406
)
)
Debtor. )

List of Persons Attending

6/15, 20-11

ATTENTION: FAILURE TO INCLUDE COMPLETE ADDRESS WILL RELIEVE THE COURT OF THE RESPONSIBILITY TO NOTIFY YOU OF ANY CONTINUED HEARING IN THIS MATTER!!

| PRINT YOUR NAME | NAME OF BUSINESS OR PERSON YOU REPRESENT | MAILING ADDRESS |
|---|---|---|
| Michael McGean | Hooker Creek Companies | 1148 NW Hill St. Bend, OR 97701 |
| Shannon Martinez | Columbia State Bank | PO Box 470, Salem, OR 97308 |
| Michael Bennett | Columbia State Bank | 17800 SE Mill Plain, Suite 100, Vancouver WA 98683 |
| Jim Pippin | Debtor | 6935 SW Foxfield Ct, PDX OR 97225 |
| Paul Brecy | Jim Pippin | 325 1st St #215, Lake Oswego 97034 |
| Donna Alban Harris | Remington Ranch J Pippin | 1001 SW 5th Ave PDX 97217 |
| John Weil | GECC | 1001 SW 5th PDX |
| Steve Werts | Debtor | " Suite 2000 |
| Chad Stokes | " | " |
| Vivienne Popperl | UST | 620 SW Main #213 |
| Brent Berselli | Debtor | 1001 SW 5th Ave 2nd PDX |
| Phone Alan Mitchell | United Pipe & Supply | |