1 **Martin E. Hansen**, OSB #80052
meh@francishansen.com
2 **Michael H. McGean**, OSB #00473
mike@francishansen.com
3 FRANCIS HANSEN & MARTIN LLP
1148 NW Hill Street
4 Bend, OR 97701
(541) 389-5010
5 (541) 382-7068 (fax)
Attorney for Hooker Creek Companies, LLC
6

7

8

UNITED STATES BANKRUPTCY COURT

9

DISTRICT OF OREGON

10

PORTLAND DIVISION

11

| | |
|---|---|
| 12 In re:<br><br>13 REMINGTON RANCH, LLC,<br><br>14         Debtor.<br>15 | Case No.     10-30406-elp11<br><br>HOOKER CREEK COMPANIES, LLC'S<br>RESPONSE TO STIPULATION OF DEBTOR<br>AND COLUMBIA STATE BANK REGARDING<br>SALE OF PROPERTY AND CARVE OUT |

16     Hooker Creek Companies, LLC ("HCC") responds as follows to the Stipulation filed by

17 Columbia State Bank June 27, 2011 (docket number 292).

18     1.    On May 11, 2011, the Court continued the hearing on HCC's Motion to Dismiss until

19 June 15, 2011. The Court required that by June 10, 2011, the "bank must provide a written carve

20 out agreement for an amount that will benefit creditors or case will be dismissed."

21     2.    On June 15, 2011, the hearing on the Motion to Dismiss was continued again to June

22 29, 2011. Columbia State Bank was required to file a written commitment for the prospective carve

23 out in an amount that would benefit creditors on or before June 27, 2011. The Court indicated that

24 the case will either be converted to a Chapter 7 or dismissed.

25 / / /

**Page 1 of 2**    HOOKER CREEK COMPANIES, LLC'S RESPONSE TO STIPULATION OF DEBTOR AND
                 COLUMBIA STATE BANK REGARDING SALE OF PROPERTY AND CARVE OUT

FRANCIS HANSEN & MARTIN LLP
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM

3.  Columbia State Bank filed a "Stipulation Regarding a Sale of the Property and Carve Out. However, that "Stipulation" still fails to conform to the Court's orders and fails to demonstrate why the proposed sale and carve out would be advisable, fair, and a good use for the Court's resources.

4.  The Letter of Intent submitted to the Court is still unsigned by the prospective buyer, and is still therefore non-binding. The May 9, 2011 letter attached with the Stipulation is _different_ from the May 10, 2011 Letter of Intent previously submitted to the Court on May 11, 2009. It was signed by Mr. Pippin on May 21, 2011, but has still not been agreed to and accepted by the putative buyer Renaissance Holdings Inc. There has been more than enough time for the Debtor or the Bank to obtain the signed Letter of Intent, but the buyer still apparently is _not committed_ to the purchase on those terms.

5.  It was implicit in the Court's prior rulings and that Debtor and the Bank demonstrate in the written commitment that there would in fact be a carve out that would be beneficial. From the material submitted, there would be no meaningful benefit. Although the Bank is proposing to accept at least $7 million from the sale out of the $8.25 million purchase price, the transaction costs from such a sale will swallow up most if not all of the remaining proceeds. The Letter of Intent is contingent on the payment of a separate brokerage fee of an undisclosed amount or percentage. The Debtor previously estimated transaction costs and administrative expenses of up to $600,000 in the Debtor's Motion For a Sale under Section 363, but in that motion the Debtor had anticipated that the Bank would accept $6 million in settlement and not $7 million. Even if there is anything left over, the carve out is not large enough to justify the time and expense of the U.S. Trustee in administering the converted case and sale.

6.  The letter is unacceptably _non-committal_ in other ways. The Letter of Intent calls for an open-ended general due diligence period of 120 days. It is dependent on an MAI appraisal of the property for an unspecified amount. It requires that the property be "fully entitled" for land use.

Page 2 of 2    HOOKER CREEK COMPANIES, LLC'S RESPONSE TO STIPULATION OF DEBTOR AND COLUMBIA STATE BANK REGARDING SALE OF PROPERTY AND CARVE OUT

FRANCIS HANSEN & MARTIN LLP
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM

1 It requires the Debtor to obtain releases for "All Partners," whoever that may be. With all of the
2 contingencies in the as-yet unsigned Letter of Intent, there is no satisfactory assurance for the
3 Court that this transaction will in fact close, or that any benefit to the bankruptcy estate other than
4 Columbia State Bank will ever be realized.
5     Based upon the foregoing objections, the Court should dismiss the above-captioned case.
6
7     DATED this 28th day of June 2011.

8                                    FRANCIS HANSEN & MARTIN LLP

9                                         /s/ Martin E. Hansen
10                                   MARTIN E. HANSEN, OSB #80052
                                          (541) 389-5010
11                                   Attorneys for Hooker Creek Companies, LLC

Page 3 of 2    HOOKER CREEK COMPANIES, LLC'S RESPONSE TO STIPULATION OF DEBTOR AND
               COLUMBIA STATE BANK REGARDING SALE OF PROPERTY AND CARVE OUT

FRANCIS HANSEN & MARTIN LLP
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM

## CERTIFICATE OF SERVICE

I Regina Paul certify as follows:

I am employed in the County of Deschutes, State of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1148 NW Hill Street, Bend, Oregon 97701, in said County and State.

I certify that on June 28, 2011, I caused to be served a full and correct copy of the foregoing HOOKER CREEK COMPANIES, LLC'S RESPONSE TO STIPULATION OF DEBTOR AND COLUMBIA STATE BANK REGARDING SALE OF PROPERTY AND CARVE OUT to all ECF participants as indicated on the Court's Cm/ECF system as follows:

RONALD T ADAMS on behalf of Creditor Kenneth Elbert
rta@bhlaw.com, tl@bhlaw.com;docketing@bhlaw.com

CHRISTOPHER R AMBROSE on behalf of Creditor Catherine Cushman
crambrose@ambroselaw.com, dmharary@ambroselaw.com;talorence@ambroselaw.com

KENNETH P CHILDS on behalf of Creditor Hart Howerton LTD
kpchilds@stoel.com, erheaston@stoel.com;docketclerk@stoel.com

TIMOTHY J CONWAY on behalf of Creditor Textron Financial Corporation
tim.conway@tonkon.com, nancy.kennedy@tonkon.com

SUSAN T FELSTINER on behalf of Plaintiff Remington Ranch, LLC
sfelstiner@cablehuston.com, msenger@cablehuston.com

MICHAEL W FLETCHER on behalf of Creditor Textron Financial Corporation
michael.fletcher@tonkon.com, tammy.brown@tonkon.com

HOWARD M LEVINE on behalf of Creditor Integrity Golf LLC
howard@sussmanshank.com, janine@sussmanshank.com

SHANNON R MARTINEZ on behalf of Creditor Columbia River Bank
smartinez@sglaw.com, epaetsch@sglaw.com

GREG A PFISTER   pfistor@att.net
CHAD M STOKES on behalf of Debtor Remington Ranch, LLC
cstokes@cablehuston.com, candrews@cablehuston.com; swerts@cablehuston.com;dalbin@cablehuston.com

US Trustee, Portland

**CERTIFICATE OF TRUE COPY AND SERVICE**

Case 10-30406-elp11    Doc 293    Filed 06/28/11

1. USTPRegion18.PL.ECF@usdoj.gov
2. JOHN W WEIL on behalf of Creditor General Electric Capital Corporation
   bmail@hooplaw.com, tgranados@hooplaw.com
3. J STEPHEN WERTS on behalf of Debtor Remington Ranch, LLC
   swerts@cablehuston.com, dalbin@cablehuston.com;
   cstokes@cablehuston.com;candrews@cablehuston.com
4. Thomas K ^Hooper2 on behalf of Creditor FMCC
   bmail@hooplaw.com, tgranados@hooplaw.com

I further certify that on June 28, 2011, I caused to be served a full and correct copy of the foregoing HOOKER CREEK COMPANIES, LLC'S RESPONSE TO STIPULATION OF DEBTOR AND COLUMBIA STATE BANK REGARDING SALE OF PROPERTY AND CARVE OUT by causing a full, true, and correct copy thereof to be sent by mailing in a sealed envelope, addressed to the last-known office address of the party, and deposited with the United States Postal Service at Bend, Oregon.

| | |
|---|---|
| BRIAN DEPOLO<br>Hart Howerton Ltd<br>One Union St #3<br>San Francisco, CA 94111 | WILBUR-ELLIS COMPANY<br>1101 N Argonne Rd #213<br>Spokane Valley, WA 99212-2699 |
| DESTINATION RESORT GROUP<br>c/o Glenn M Kotara<br>56875 Nest Pine Dr<br>Bend OR 97707 | JACK L. MELIGAN<br>1800 Blankenship Rd #160<br>West Linn OR 7068 |

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 28th day of June 2011.

        /s/ Regina Paul
        Regina Paul, Legal Assistant

**CERTIFICATE OF TRUE COPY AND SERVICE**



FRANCIS HANSEN & MARTIN LLP
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM

FRANCIS HANSEN & MARTIN LLP
1148 N.W. HILL STREET BEND, OR 97701-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM